# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-10603 (CSS) |
| | ) | |
| Debtors. | ) ) | Joint Administration Requested |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 22, 2019 AT 10:00 A.M. (ET)[2]

**I. VOLUNTARY PETITIONS:**

1. MabVax Therapeutics Holdings, Inc. [19-10603 D.I. 1; filed 3/21/19]

2. MabVax Therapeutics, Inc. [19-10604 D.I. 1; filed 3/21/19]

**II. DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS:**

3. Declaration of J. David Hansen in Support of Debtors' Chapter 11 Petition and First Day Motions [D.I. 10; filed 3/21/19]

**III. FIRST DAY MOTIONS GOING FORWARD:**

4. Motion of the Debtors for an Order Authorizing Joint Administration of Chapter 11 Cases [D.I. 3; filed 3/21/19]

   Status: This matter is going forward.

5. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (II) Deeming Utility Companies Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 4; filed 3/21/19]

   Status: This matter is going forward.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[2] Set forth below are the matters scheduled to be heard before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom #6, Wilmington, Delaware, on March 22, 2019 beginning at 10:00 a.m. (Prevailing Eastern Time).

{00025251. }

6. Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363, 1107 and 1108 Authorizing: (a) Continued Maintenance of Existing Bank Accounts, (b) Continued Use of Existing Business Forms and (c) Waiver of Section 345(b) Deposit and Investment Requirements and Certain United States Trustee Guidelines [D.I. 5; filed 3/21/19]

   Status:  This matter is going forward.

7. Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Pre-Petition Taxes and (II) Authorizing the Banks to Honor and Process the Payment of Such Amounts [D.I. 6; filed 3/21/19]

   Status:  This matter is going forward.

8. Motion for Interim and Final Orders Pursuant to Sections 105(a), 363(b), 363(c), 507(a), 541(b)(7), 541(d), 1107(a) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtor MabVax Therapeutics Holdings, Inc. to (a) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (b) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II0 Authorizing and Directing Debtor MabVax Therapeutics Holdings, Inc.'s Third Party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing [D.I. 7; filed 3/21/19]

   Status:  This matter is going forward.

9. Motion for Entry of an Order Authorizing the Debtors to Continue and Renew Their General Business Insurance Policies and Honor All Obligations and Financing Agreements in Respect Thereof [D.I. 8; filed 3/21/19]

   Status:  This matter is going forward.

10. Motion for Debtors for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(d)(1), 364(e) and 507 of the Bankruptcy Code (I) Authorizing Debtors to (A) Obtain Post-Petition Secured Financing From BioNTech Research and Development, Inc.; (b) Utilize Cash Collateral; and (c) Pay Certain Related Fees and Charges; and (II) Scheduling a Final Hearing [D.I. 9; filed 3/21/19]

    Status:  This matter is going forward.

Dated: March 21, 2019
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
Jason A. Gibson (DE #6091)
Zhao Liu (DE #6436)
824 N Market Street, Suite 810
Wilmington DE 19801
(302) 777-1111
Email: rosner@teamrosner.com
       leonhardt@teamrosner.com
       gibson@teamrosner.com
       liu@teamrosner.com

*Proposed Counsel for the Debtors and Debtors in Possession*

{00025251. }