# EXHIBIT C

Proposed Sale Order [To Be Filed]