# EXHIBIT D

**MONTHLY CASH PROJECTION (000's)**

3/15/2019

| Week ending | Pre-Petition 11-Mar | Pre-Petition 15-Mar | Filing Date | Post-Petition 22-Mar | Post-Petition 29-Mar | Post-Petition 5-Apr | Post-Petition 12-Apr | Post-Petition 19-Apr | Post-Petition 26-Apr | Post-Petition 3-May | Post-Petition 10-May | Post-Petition 17-May | Total Pre-petition | Total Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance (beginning of week) | $ 4,423 | $ 40,728 | $ 31,347 | $ 28,672 | $ 168,672 | $ 97,807 | $ 333,507 | $ 319,810 | $ 261,310 | $ 199,946 | $ 134,546 | $ 168,046 | | |
| **Cash Receipts** | | | | | | | | | | | | | | |
| Sale of equipment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Returned deposit from Imaging endpoints | - | - | - | - | - | - | 65,000 | - | - | - | - | - | - | 65,000 |
| Receive rent deposit refund | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Telik assets/Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Refund of Delaware tax payment, net | - | - | - | - | - | - | - | - | - | - | 35,000 | - | - | 35,000 |
| Promissory note pre-petition | 258,000 | - | - | - | - | - | - | - | - | - | - | - | 258,000 | - |
| DIP financing | - | - | - | 200,000 | - | 300,000 | - | - | - | - | - | - | - | 500,000 |
| Total cash receipts | $ 258,000 | $ - | $ - | $ 200,000 | $ - | $ 300,000 | $ 65,000 | $ - | $ - | $ - | $ 35,000 | $ - | $ 258,000 | $ 600,000 |
| | | | | | | | | | | | | | | |
| **Minimum required expenses** | | | | | | | | | | | | | | |
| Payroll | 105,157 | - | - | 56,000 | - | 56,000 | - | 56,000 | - | 56,000 | - | 56,000 | 105,157 | 280,000 |
| Employee Benefits/HR | 6,398 | - | - | - | 6,398 | - | - | - | 6,398 | - | - | - | 6,398 | 12,796 |
| Contractors (Professional fees incl IT support) | 5,136 | 1,250 | - | 1,000 | - | 1,000 | - | 1,000 | - | 1,000 | - | - | 6,386 | 4,000 |
| Office supplies, record storage | 1,373 | - | - | - | 2,700 | - | - | - | - | - | 2,700 | - | 1,373 | 5,400 |
| Business insurance (paid up by end of April) | 7,125 | - | - | - | 1,301 | - | - | - | - | - | - | - | 7,125 | 1,301 |
| Other insurance | 802 | - | - | - | 4,025 | - | - | - | 4,025 | - | - | - | 802 | 8,050 |
| Office rent | - | - | - | - | 46,000 | - | - | - | 46,000 | - | - | - | - | 92,000 |
| Utilities - gas and electrical | 3,272 | - | - | - | - | 3,300 | - | - | - | 3,300 | - | - | 3,272 | 6,600 |
| Unilities - Cox, internet | 2,044 | - | - | - | - | 2,050 | - | - | - | 2,050 | - | - | 2,044 | 4,100 |
| 366 Adequate Assurance Reserve | - | - | 2,675 | - | - | - | - | - | - | - | - | - | - | 2,675 |
| Copier Service | 346 | - | - | - | - | 350 | - | - | - | 350 | - | - | 346 | 700 |
| Equipment lease - ThermoFisher | 5,788 | - | - | - | 1,867 | - | - | - | 1,867 | - | - | - | 5,788 | 3,734 |
| Facilities cleaning, maint. and security | 3,525 | - | - | - | 1,775 | - | - | - | 1,775 | - | - | - | 3,525 | 3,550 |
| Debtor counsel fees | 75,000 | - | - | - | - | - | 75,000 | - | - | - | - | 75,000 | 75,000 | 150,000 |
| US Trustee and court fees | - | 3,434 | - | - | - | - | - | - | - | - | - | 37,000 | 3,434 | 37,000 |
| Auditors, tax consultants and state min tax fees | - | - | - | - | 3,500 | 1,600 | - | - | - | - | - | - | - | 5,100 |
| Stockholder records monthly fees, SEC filings | 2,698 | - | - | 3,000 | 1,200 | - | - | - | 1,200 | - | - | - | 2,698 | 5,400 |
| Biomaterials removal (Advanced Chemical Transport) | 198 | - | - | - | 99 | - | - | - | 99 | - | - | - | 198 | 198 |
| FDA maintenance and advisory Fees | - | 1,000 | - | - | - | - | - | - | - | - | - | - | 1,000 | - |
| Credit Cards | 2,833 | - | - | - | 2,000 | - | - | 1,500 | - | - | 1,500 | - | 2,833 | 5,000 |
| Press releases & website - PR Newswire | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Objective Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vantage Point ($10K already recorded in Dec.) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounting software license fees (Oracle Netsuite) | - | 3,697 | - | - | - | - | 3,697 | - | - | - | - | - | 3,697 | 3,697 |
| Misc: Taxes, etc | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| Minimum before debt | $ 221,695 | $ 9,381 | $ 2,675 | $ 60,000 | $ 70,865 | $ 64,300 | $ 78,697 | $ 58,500 | $ 61,364 | $ 65,400 | $ 1,500 | $ 168,000 | $ 231,076 | $ 631,301 |
| Oxford -principal | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oxford - interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Minimum plus debt | $ 221,695 | $ 9,381 | $ 2,675 | $ 60,000 | $ 70,865 | $ 64,300 | $ 78,697 | $ 58,500 | $ 61,364 | $ 65,400 | $ 1,500 | $ 168,000 | $ 231,076 | $ 631,301 |
| | | | | | | | | | | | | | | |
| Cash availability for programs | $ 40,728 | $ 31,347 | $ 28,672 | $ 168,672 | $ 97,807 | $ 333,507 | $ 319,810 | $ 261,310 | $ 199,946 | $ 134,546 | $ 168,046 | $ 46 | | |