IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MABVAX THERAPEUTICS HOLDINGS, INC., et al.,[1] | ) Case No. 19-10603 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: D.I. 8** |

## ORDER AUTHORIZING THE DEBTORS TO (I) CONTINUE AND RENEW THEIR INSURANCE POLICIES AND FINANCING AGREEMENTS AND (II) HONOR ALL OBLIGATIONS IN RESPECT THEREOF

Upon consideration of the motion (the "Motion")[2] of the Debtors for the entry of an Order authorizing them to (i) continue and renew their Insurance Policies and Financing Agreements and (ii) to honor all obligations in respect thereof; and jurisdiction existing for the Court to consider the motion; and after due deliberation thereon; and the Court having found that good and sufficient cause exists for granting the Motion and the Court having found that the relief requested in the Motion is necessary to avoid immediate and irreparable harm; and upon consideration of the *Declaration of J. David Hansen in Support of Debtors' Chapter 11 Petition and First Day Motions*; and upon the arguments and statements in support of the Motion presented at the hearing before the Court; and it appearing that the requirements of Bankruptcy Rule 6003 have been satisfied; and it appearing that the relief requested is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that notice of the Motion was

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{00025313. }

adequate and proper under the circumstances of this case and that no further or other notice need be given; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized, without interruption and in accordance with the same practices and procedures as were in effect before the Petition Date, (i) to maintain and honor all their obligations under or in connection with the Insurance Policies and (ii) to continue to make payments under the Financing Agreements, and it is further

ORDERED that the Debtors are authorized, in their sole discretion, to satisfy their pre-petition Insurance Obligations (including any commissions), in an amount not to exceed $9,164.83 in the aggregate; and it is further

ORDERED that the Debtors are authorized to renew or to obtain new insurance policies or to execute other agreements in connection with the Insurance Policies and the Financing Agreements; and it is further

ORDERED that Pacific Premier Bank and any other bank maintaining an account upon which a check, draft or wire transfer dated before, on or after the Petition Date, is authorized to (i) honor any such checks or drafts issued, upon presentation thereof, or any such wire transfer instructions, upon receipt thereof, in each case, in respect of claims paid pursuant to this Order and (ii) rely upon representations of the Debtors as to which such checks, drafts or wire transfers are in payment of claims pursuant to this Order; and it is further

ORDERED that nothing herein shall be deemed to constitute the post-petition assumption of any executory contract; and it is further

ORDERED that the requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion or otherwise deemed waived; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 22, 2019
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

{00025313. }