# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-10603 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: May 6, 2019 at 10:00 a.m. (ET)<br>Obj. Deadline: April 29, 2019 at 4:00 p.m. (ET)<br><br>Re: D.I. 17 |

## NOTICE OF SALE HEARING

**PLEASE TAKE NOTICE THAT** on March 21, 2019, MabVax Therapeutics Holdings, Inc. and MabVax Therapeutics, Inc. (the "Debtors"),[2] filed the *Debtors' Motion for Entry of Orders (I) (A) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (B) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Approving Bidding Protections for the Stalking Horse Bidder; and (D) Scheduling a Hearing to Consider the Proposed Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases and Approving the Form and Manner of Notice Thereof and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (the "Sale Motion") [Dkt. No. 17].

**PLEASE TAKE FURTHER NOTICE** that, by the Sale Motion, the Debtors seek, among other things, to (A) sell substantially all of the assets of their businesses, including assets related to the development of therapeutic antibodies and CAR-Ts (the "Purchased Assets") and (B) assume and assign certain executory contracts and unexpired leases to the Successful Bidder free and clear of liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, an asset purchase agreement (collectively with all exhibits and schedules, the "Stalking Horse APA"), dated as of March 20, 2019, has been entered into between the Debtors, as sellers, and BioNTech Research and Development, Inc., as buyer (the "Stalking Horse Bidder") to sell the Purchased Assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MabVax Therapeutics Holdings, Inc. (7093) and MabVax Therapeutics, Inc. (1765). The Debtors' headquarters are located at 11588 Sorrento Valley Road, Suite 20, San Diego, CA 92121.

[2] Terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion or in the Bidding Procedures (as defined below).

**PLEASE TAKE FURTHER NOTICE** that on April 8, 2019, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures (the "Bidding Procedures") as set forth in the Sale Motion, which set the key dates and times related to the sale of the Purchased Assets.  A copy of the Bidding Procedures Order and the Bidding Procedures can be obtained by contacting Jason Gibson (gibson@teamrosner.com), at The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801 (302-319-6302).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, Bids for the Purchased Assets shall be accepted until **April 26, 2019 at 12:00 p.m. (Prevailing PT)** (the "Bid Deadline").  A Bid received from a Bidder on or before the Bid Deadline that meets the requirements of the Bidding Procedures shall constitute a "Qualified Bid."

**PLEASE TAKE FURTHER NOTICE** that if more than one Qualified Bid is received by the Bid Deadline, the Debtors will hold an Auction on **May 1, 2019 at 10:00 a.m. (Prevailing ET)** at the offices of The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801.  Only the Debtors, the Stalking Horse Bidders, any other Qualified Bidders who have submitted Qualified Bids, and creditors of the Debtors and their representatives and counsel may attend the Auction (such attendance to be in person).

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall file and serve a Notice of the Successful Bid and Successful Bidder no later than one business day after the close of the Auction, if an Auction is held, or no later than one business day after the Bid Deadline, if no Auction is held.  If you would like to be served with a Notice of the Successful Bid and Successful Bidder via e-mail, please provide notice of such request by emailing or calling counsel to the Debtors, Jason Gibson (gibson@teamrosner.com), at The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801 (302-319-6302).

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Purchased Assets to the Successful Bidder (the "Sale Hearing") before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, on **May 6, 2019 at 10:00 a.m. (Prevailing ET)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine.  The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale, if any, must: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the District of Delaware; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (iv) be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware at 824 N. Market St, Wilmington, DE 19801 and served so as to be received no later than **April 29, 2019 at 4:00 p.m. (Prevailing ET)** by (1) the Debtors, c/o The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801, Attn: Frederick B. Rosner

(rosner@teamrosner.com); Jason Gibson (gibson@teamrosner.com); (2) counsel for the Stalking Horse Bidder, Covington & Burling LLP, 620 8th Avenue, New York, NY 10018, Attn: Dianne Coffino (dcoffino@cov.com) and Martin Beeler (mbeeler@cov.com); **provided, however,** any party who intends to file an objection solely relating to the Auction process and/or the means by which the Successful Bidder was determined (an "Auction Process Objection") must notify Debtors' counsel by **May 2, 2019 at 11:00 a.m.**, and file their Auction Process Objection at or prior to the Sale Hearing (all other sale objections must be filed and served by April 29, 2019 at 4 p.m. (ET)).

**CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE OBJECTION:** ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED AND ESTOPPED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE PROPERTY FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AFFECTED THEREUNDER.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order contemplates a process to assume and assign executory contracts after the Sale Hearing. To the extent that the Debtors intend to assume and assign an executory contract, such contract counterparty will receive a separate notice consistent with the Bidding Procedures Order approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale Hearing is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order, and Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Sale Motion may be obtained from Jason Gibson (gibson@teamrosner.com), at The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801 (302-319-6302).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE SALE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  April 8, 2019  
        Wilmington, Delaware

By: */s/Jason A. Gibson*  
Frederick B. Rosner (DE #3995)  
Jason A. Gibson (DE #6091)  
The Rosner Law Group LLC  
824 N. Market Street Suite 810  
Wilmington, DE 19801  
Email: rosner@teamrosner.com  
       gibson@teamrosner.com  
Telephone: 302-319-6300

*Proposed Counsel for the Debtors*