IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) Case No. 19-10603-CSS |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: D.I. 42, 74 & 75** |

**CERTIFICATION OF COUNSEL REGARDING: (I) APPLICATION OF THE DEBTORS FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF THE ROSNER LAW GROUP LLC AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE; (II) APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAKER BOTTS L.L.P. AS SPECIAL LITIGATION COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE; AND (III) APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BLOCK & LEVITON LLP AS SPECIAL LITIGATION COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

I, Jason A. Gibson, hereby certify the following:

1. On March 26, 2018, the above-captioned debtors and debtors in possession (the "Debtors")[2] filed the *Application of the Debtors for Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 42] (the "RLG Retention Application").

2. On April 5, 2019, the Debtors filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Baker Botts L.L.P. as Special Litigation Counsel Nunc Pro Tunc to the Petition Date* [D.I. 56] (the "Baker Botts Retention Application") and the *Application of the Debtors for Entry of an Order Authorizing the Retention and*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[2] Capitalized terms used herein but otherwise not defined shall retain the meaning ascribed in the Retention Applications.

*Employment of Block & Leviton LLP as Special Litigation Counsel Nunc Pro Tunc to the Petition Date* [D.I. 75] (the "Block & Leviton Retention Application" and with the RLG Retention Application and the Baker Botts Retention Application, collectively the "Retention Applications").

3. Counsel to the Debtors thereafter received informal responses to the Retention Applications from the Office of the United States Trustee (the "UST").

4. To address the UST's informal responses regarding the RLG Retention Application, on April 15, 2019, counsel to the Debtors filed the *Supplemental Declaration of Frederick B. Rosner in Support of Application of the Debtors for Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 90].

5. To address the UST's informal responses regarding the Baker Botts and Block & Leviton Retention Applications, counsel to the Debtors circulated revised proposed forms of order (the "Revised Orders"). The UST has confirmed that it does not object to the entry of the Revised Orders attached hereto as **Exhibits A & B**. For the convenience of the Court and all parties in interest, blacklines of the Revised Orders marked against the proposed orders filed with the Baker Botts and Block & Leviton Retention Applications are attached hereto as **Exhibits C & D**.

6. The objection deadline for the RLG Retention Application was April 12, 2019. The objection deadline for the Baker Botts and Block & Leviton Retention Applications was April 19, 2019. Counsel to the Debtors received no other answer, objection or other responsive pleading to the Retention Applications. The undersigned further certifies that he has reviewed

the Court's docket in these cases and that no answer, objection or other responsive pleading to the Retention Applications appears thereon.

**WHEREFORE**, based on the foregoing, the undersigned respectfully requests that the Court enter the (i) order attached to the RLG Retention Application and (ii) Revised Orders attached hereto without further notice or hearing. A hard copy of this certification is being submitted to Chambers.

Dated: April 23, 2019
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
Jason A. Gibson (DE #6091)
Zhao (Ruby) Liu (DE # 6436)
824 N Market Street, Suite 810
Wilmington DE 19801
(302) 777-1111
Email: rosner@teamrosner.com
      leonhardt@teamrosner.com
      gibson@teamrosner.com
      liu@teamrosner.com

*Proposed Counsel to Debtors in Possession*