**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re MabVax Therapeutics Holdings, Inc., *et al.* | Case No. 19-10603 (JTD) |
| Debtors | Reporting Period: June 1, 2019 to June 30, 2019 |

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | X | | |
|    Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

*/s/ J. David Hansen*

_____
Signature of Authorized Individual*

J. David Hansen
_____
Printed Name of Authorized Individual

July 19, 2019
_____
Date

Chairman of the Board
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**MONTHLY OPERATING REPORT**

**GENERAL NOTES AND DISCLAIMER**

      This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited and is not prepared in accordance with generally accepted accounting principles in the United States. The Debtors reserve all rights to amend or supplement this MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

      One May 7, 2019, substantially all of the assets of the Debtors were sold to BioNTech Research and Development, Inc. On June 26, 2019, the Court entered an order authorizing the sale of certain of the Debtors' remaining assets.

Form No.: MOR -1

**MabVax Therapeutics Holdings, Inc.**
**Account Detail**
**Jun 2019**

| Account | Type | Date | Document Number | Name | Clr | Amount | Balance | Remarks | Disbursements |
|---|---|---|---|---|---|---|---|---|---|
| 1000 - Cash and Cash Equivalents | | | | | | $0.00 | $0.00 | | |
| 1011 - Pac Prem Chk xx5021 | | | | Book Balance June 1, 2019 | | $0.00 | $123,223.37 | Book Balance | |
| | Bill Payment | 6/7/19 | 8663 | Tamara Kelly | T | ($1,050.00) | $122,173.37 | Finance Consultant | ($1,050.00) |
| | Bill Payment | 6/13/19 | Tkg# 41699109 | American Express | T | ($1,899.69) | $120,273.68 | Credit Card Pmt | ($1,899.69) |
| | Journal | 6/13/19 | JE1763 | Record Bank Service Fee | T | ($57.67) | $120,216.01 | Bank Fee | ($57.67) |
| | Bill Payment | 6/14/19 | 8664 | Gregory P Hanson | T | ($3,875.00) | $116,341.01 | Finance Consultant | ($3,875.00) |
| | Bill Payment | 6/14/19 | 8665 | Iron Mountain | T | ($293.17) | $116,047.84 | Off Site Storage | ($293.17) |
| | Bill Payment | 6/14/19 | 8666 | Tamara Kelly | T | ($840.00) | $115,207.84 | Finance Consultant | ($840.00) |
| | Journal | 6/14/19 | JE1764 | Record Paychex JUN 2019 Invoice (#20032550) 401K Mgmt | T | ($187.00) | $115,020.84 | 401K Mgmt Fees | ($187.00) |
| | Bill Payment | 6/18/19 | 8667 | David Hansen | T | ($2,175.00) | $112,845.84 | G&A Consultant | ($2,175.00) |
| | Bill Payment | 6/18/19 | 8668 | David Hansen | T | ($6,225.00) | $106,620.84 | G&A Consultant | ($6,225.00) |
| | Journal | 6/18/19 | JE1765 | Record Funds Transfer - Money Market to Checking Account | T | $3,222,000.00 | $3,328,620.84 | Transfer from MM account | $0.00 |
| | Journal | 6/19/19 | JE1766 | Record Final Payment - Oxford Loan | T | ($3,220,000.00) | $108,620.84 | Payoff Oxford Loan | ($3,220,000.00) |
| | Bill Payment | 6/21/19 | 8669 | CT Corporation | T | ($311.17) | $108,309.67 | DE Registerd Agent | ($311.17) |
| | Bill Payment | 6/21/19 | 8670 | Gregory P Hanson | T | ($1,687.50) | $106,622.17 | Finance Consultant | ($1,687.50) |
| | Bill Payment | 6/21/19 | 8671 | Iron Mountain | T | ($99.00) | $106,523.17 | Off Site Storage | ($99.00) |
| | Bill Payment | 6/21/19 | 8672 | Sharpe Refrigeration, inc. | T | ($421.14) | $106,102.03 | Lab Expense | ($421.14) |
| | Bill Payment | 6/21/19 | 8673 | South Coast Copy Systems Inc. | T | ($488.96) | $105,613.07 | Office Expense | ($488.96) |
| | Bill Payment | 6/21/19 | 8674 | Tamara Kelly | T | ($980.00) | $104,633.07 | Finance Consultant | ($980.00) |
| | Bill Payment | 6/21/19 | 8675 | VWR International | T | ($72.86) | $104,560.21 | Lab Expense | ($72.86) |
| | Bill Payment | 6/24/19 | 8676 | IBM Corporation | T | ($2,508.66) | $102,051.55 | Clinical Expense | ($2,508.66) |
| | Journal | 6/26/19 | JE1767 | Record 3rd retainer paid to The Rosner Law Group for Delaw | T | ($75,000.00) | $27,051.55 | Legal Fees | ($75,000.00) |
| | Bill Payment | 6/28/19 | 8677 | Tamara Kelly | F | ($665.00) | $26,386.55 | Finance Consultant | ($665.00) |
| | Bill Payment | 5/24/19 | 8660 | United States Trustee Payment Center | F | $650.00 | $27,036.55 | (Stop / Void) BK Trustee P | $650.00 |
| | Bill Payment | 6/28/19 | 8678 | United States Trustee Payment Center | F | ($650.55) | $26,386.00 | (Reissue) BK Trustee Pmt | ($650.55) |
| Total - 1011 - Pac Prem Chk xx5021 | | | | | | ($96,837.37) | $26,386.00 | | ($3,318,837.37) |
| Total - 1000 - Cash and Cash Equivalents | | | | | | ($96,837.37) | $26,386.00 | | |
| Total | | | | | | ($96,837.37) | $26,386.00 | | |

Form No.: MOR -1 cont'd

**MabVax Therapeutics Holdings, Inc.**
**Account Detail**
**Jun 2019**

| Account | Type | Date | Document Number | Name | Clr | Amount | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1000 - Cash and Cash Equivalents | | | | | | $0.00 | $0.00 | |
| 1020 - Pac Prem MM xx0870 | | | | Book Balance June 1, 2019 | | $0.00 | $3,495,624.34 | Book Balance |
| | Journal | 6/18/19 | JE1765 | Record Funds Transfer - Money Market to Checking Ac | T | ($3,222,000.00) | $273,624.34 | Transfer to CK account |
| | Journal | 6/28/19 | JE1771 | Money Market Interest | T | $512.87 | $274,137.21 | Interest |
| Total - 1020 - Pac Prem MM xx0870 | | | | | | ($3,221,487.13) | $274,137.21 | |
| Total - 1000 - Cash and Cash Equivalents | | | | | | ($3,221,487.13) | $274,137.21 | |
| Total | | | | | | ($3,221,487.13) | $274,137.21 | |

Form No.: MOR -1a

**MabVax Therapeutics Holdings, Inc.**
**Reconciliation Detail - 1011 Cash and Cash Equivalents : Pac Prem Chk xx5021**
As of 6/30/2019

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Deposits and Other Credits** | | | | | | |
| | Journal | 6/18/2019 | JE1765 | | Record Funds Transfer - Money Market to Checking Account | 3,222,000.00 |
| **Total - Cleared Deposits and Other Credits** | | | | | | **3,222,000.00** |
| **Cleared Checks and Payments** | | | | | | |
| | Bill Payment | 5/30/2019 | 8661 | David Hansen | Calls to Germany | (177.00) |
| | Bill Payment | 6/7/2019 | 8663 | Tamara Kelly | Finance Consulting 06/03/19 - 06/07/19 | (1,050.00) |
| | Journal | 6/13/2019 | JE1763 | | Record Bank Service Fee | (57.67) |
| | Bill Payment | 6/13/2019 | Tkg# 41699109 | American Express | AMEX29MAY19 | (1,899.69) |
| | Journal | 6/14/2019 | JE1764 | | Record Paychex JUN 2019 Invoice (#20032550) 401K Mgmt Fees | (187.00) |
| | Bill Payment | 6/14/2019 | 8664 | Gregory P Hanson | Finance Consulting 05/31/19 | (3,875.00) |
| | Bill Payment | 6/14/2019 | 8666 | Tamara Kelly | Finance Consulting 06/13/19 - 06/14/19 | (840.00) |
| | Bill Payment | 6/14/2019 | 8665 | Iron Mountain | Site 169165 APR 2019 | (293.17) |
| | Bill Payment | 6/18/2019 | 8667 | David Hansen | Consulting Services 05/09/19-05/17/19 | (2,175.00) |
| | Bill Payment | 6/18/2019 | 8668 | David Hansen | Consulting Services 05/20/19-06/14/19 | (6,225.00) |
| | Journal | 6/19/2019 | JE1766 | | Record Final Payment - Oxford Loan (Case No. 16.0598 / Wire 201906190035299) | (3,220,000.00) |
| | Bill Payment | 6/21/2019 | 8669 | CT Corporation | DE Registered Agent (MBVX Therapeutics) 05/01/19-04/30/20 | (311.17) |
| | Bill Payment | 6/21/2019 | 8675 | VWR International | 80013709 | (72.86) |
| | Bill Payment | 6/21/2019 | 8673 | South Coast Copy Systems Inc. | 011-1120355-000 | (488.96) |
| | Bill Payment | 6/21/2019 | 8672 | Sharpe Refrigeration, inc. | Replace door gasket (Kenmore) 19APR2019 | (421.14) |
| | Bill Payment | 6/21/2019 | 8674 | Tamara Kelly | Finance Consulting 06/18/19 - 06/21/19 | (980.00) |
| | Bill Payment | 6/21/2019 | 8670 | Gregory P Hanson | Finance Consulting 06/14/19 | (1,687.50) |
| | Bill Payment | 6/21/2019 | 8671 | Iron Mountain | CID 25F48 - Storage 06/01/19-06/30/19 | (99.00) |
| | Bill Payment | 6/24/2019 | 8676 | IBM Corporation | | (2,508.66) |
| | Journal | 6/26/2019 | JE1767 | | Record 3rd retainer paid to The Rosner Law Group for Delaware BK filing | (75,000.00) |
| **Total - Cleared Checks and Payments** | | | | | | **(3,318,348.82)** |
| **Total - Reconciled** | | | | | | **(96,348.82)** |
| **Last Reconciled Statement Balance - 5/31/2019** | | | | | | 125,969.28 |
| **Current Reconciled Balance** | | | | | | 29,620.46 |
| **Reconcile Statement Balance - 6/30/2019** | | | | | | 29,620.46 |
| **Difference** | | | | | | (0.00) |
| **Unreconciled** | | | | | | |
| **Uncleared** | | | | | | |
| **Deposits and Other Credits** | | | | | | |
| | Journal | 6/30/2018 | JE1494 | | Record cash and issuance of restricted common shares and O inducement shares | 240,000.00 |
| | Journal | 12/12/2018 | JE1618 | | Record refund from Iron Mountain (Ref. Invoice AEMX993) | 33.17 |
| **Total - Deposits and Other Credits** | | | | | | **240,033.17** |
| **Checks and Payments** | | | | | | |
| | Journal | 2/27/2018 | JE1330 | | Transfer Outstanding Checks from Old Acct (xx1844) to be cleared in New Acct (xx5021) | (340.00) |
| | Bill Payment | 10/26/2018 | 8541 | ACM Medical Laboratory, Inc. | MV-0815-CP-001.01 JUN 2018 | (160.00) |
| | Bill Payment | 10/26/2018 | 8549 | Noesis Group, Inc. | MAY 2018 technical support | (1,062.50) |
| | Bill Payment | 11/16/2018 | 8589 | Corodata Records Management, Inc. | 051115 | (389.58) |
| | Bill Payment | 6/28/2019 | 8678 | United States Trustee Payment Center | Acct #111-19-10603 Disbursments (Q1 2019) | (650.55) |
| | Bill Payment | 6/28/2019 | 8677 | Tamara Kelly | Finance Consulting 06/24/19 - 06/28/19 | (665.00) |
| **Total - Checks and Payments** | | | | | | **(3,267.63)** |
| **Total - Uncleared** | | | | | | **236,765.54** |
| **Total - Unreconciled** | | | | | | **236,765.54** |
| **Total as of 6/30/2019** | | | | | | **266,386.00** |

Form No.: MOR -1a cont'd

## MabVax Therapeutics Holdings, Inc.
### Reconciliation Detail - 1020 Cash and Cash Equivalents : Pac Prem MM xx0870
#### As of 6/30/2019

| ID | Transaction Type | Date | Document Number | Name | Memo | Balance |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
|   Cleared Deposits and Other Credits | | | | | | |
| | Journal | 6/28/2019 | JE1771 | | Money Market Interest | 512.87 |
|   **Total - Cleared Deposits and Other Credits** | | | | | | **512.87** |
|   Cleared Checks and Payments | | | | | | |
| | Journal | 6/18/2019 | JE1765 | | Record Funds Transfer - Money Market to Checking Account | (3,222,000.00) |
|   **Total - Cleared Checks and Payments** | | | | | | **(3,222,000.00)** |
| **Total - Reconciled** | | | | | | **(3,221,487.13)** |
| Last Reconciled Statement Balance - 5/31/2019 | | | | | | 3,495,624.34 |
| **Current Reconciled Balance** | | | | | | **274,137.21** |
| Reconcile Statement Balance - 6/30/2019 | | | | | | 274,137.21 |
| Difference | | | | | | 0.00 |
| Unreconciled | | | | | | 0.00 |
| **Total as of 6/30/2019** | | | | | | **274,137.21** |

**In re MabVax Therapeutics Holdings, Inc.,** *et al.*  
**Debtors**

Case No. 19-10603 (JTD)  
Reporting Period: June 1, 2019 to June 30, 2019

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| The Rosner Law Group LLC | 3/21/19 – 4/30/19 | $123,593.77 | MabVax Therapeutics Holdings Inc. | N/A | 6/26/19 | $112,042.00 | $11,551.77 | $112,042.00 | $11,551.77 |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b  
(04/07)

{00026054. }


**PACIFIC PREMIER BANK**

MABVAX THERAPEUTICS INC
11535 SORRENTO VALLEY RD STE 400
SAN DIEGO CA 92121-1309

Page                1 of 5
Branch              012
Account Number:     5021
Date                06/28/19

EM

### ANALYZED BUSINESS CKG    Acct    5021

#### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 6/01/19 | | 125,969.28 |
| Deposits / Misc Credits | | 1 | 3,222,000.00 |
| Withdrawals / Misc Debits | | 20 | 3,318,348.82 |
| ** Ending Balance | 6/30/19 | | 29,620.46** |
| Service Charge | | | 57.67 |
| Enclosures | | | 15 |

### Deposits and Credits

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 6/18 | 3,222,000.00 | | Ref 1691614 from Dep     0870 Oxford Payoff |

### Withdrawals and Debits

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 6/13 | | 57.67 | ANALYSIS SERVICE CHARGE |
| 6/14 | | 187.00 | PAYCHEX-HRS/HRS PMT 31061296 MABVAX THERAPEUTICS I |
| 6/14 | | 1,899.69 | AMEX EPAYMENT/ACH PMT COP000004169910 MABVAX THERAPEUTICS |
| 6/19 | | 3,220,000.00 | BENE:OXFORD FINANCE LLC TRN:P201906190035299 |
| 6/26 | | 75,000.00 | BENE:THE ROSNER LAW GROUP LLC TRN:P201906260046708 |

### Checks in Check Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/03 | 8661 | 177.00 | 6/19 | 8667 | 2,175.00 | 6/26 | 8672 | 421.14 |
| 6/10 | 8663* | 1,050.00 | 6/19 | 8668 | 6,225.00 | 6/27 | 8673 | 488.96 |
| 6/18 | 8664 | 3,875.00 | 6/28 | 8669 | 311.17 | 6/26 | 8674 | 980.00 |
| 6/20 | 8665 | 293.17 | 6/26 | 8670 | 1,687.50 | 6/27 | 8675 | 72.86 |
| 6/17 | 8666 | 840.00 | 6/26 | 8671 | 99.00 | 6/28 | 8676 | 2,508.66 |

* indicates a break in check number sequence






**MABVAX THERAPEUTICS INC**
**11535 SORRENTO VALLEY RD STE 400**
**SAN DIEGO CA 92121-1309**

Page 2 of 5
Account Number: 5021
Date 06/28/19

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/03 | 125,792.28 | 6/17 | 121,757.92 | 6/26 | 33,002.11 |
| 6/10 | 124,742.28 | 6/18 | 3,339,882.92 | 6/27 | 32,440.29 |
| 6/13 | 124,684.61 | 6/19 | 111,482.92 | 6/28 | 29,620.46 |
| 6/14 | 122,597.92 | 6/20 | 111,189.75 | | |






**PACIFIC PREMIER BANK**

MABVAX THERAPEUTICS INC  
11535 SORRENTO VALLEY RD STE 400  
SAN DIEGO CA 92121-1309

| | |
|---|---|
| Page | 1 of 1 |
| Branch | 012 |
| Account Number: | 0870 |
| Date | 06/28/19 |

EM

## BUSINESS MONEY MARKET    Acct 0870

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 6/01/19 | 3,495,624.34 |
| Deposits / Misc Credits | . 1 | 512.87 |
| Withdrawals / Misc Debits | 1 | 3,222,000.00 |
| ** Ending Balance | 6/30/19 | 274,137.21** |
| Service Charge | | .00 |
| Interest Paid Thru 6/30/19 | | 512.87 |
| Interest Paid Year To Date | | 1,264.19 |
| Average Collected Balance | | 2,099,424 |
| Average Rate / Cycle Days | | .27833 / 30 |

### Deposits and Credits

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 6/28 | 512.87 | | INTEREST EARNED |

### Withdrawals and Debits

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 6/18 | | 3,222,000.00 | Ref 1691614 to Dep  5021 Oxford P off |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/18 | 273,624.34 | 6/28 | 274,137.21 | | |




Form No.: MOR -2

## MabVax Therapeutics Holdings, Inc.
### Income Statement Flux Analysis Qtrly - ABSI
### Jun 2019

**Options: Activity Only**

| Financial Row | Amount (Jun 2019) |
|---|---|
| **Ordinary Income/Expense** | |
| **Gross Profit** | $0.00 |
| **Expense** | |
| **General & Administrative** | |
| **6000 - Salaries & Wages** | |
| 6005 - Payroll Expense | $0.00 |
| 6040 - Bonus | $0.00 |
| **Total - 6000 - Salaries & Wages** | **$0.00** |
| **6050 - Employee Benefits** | |
| 6010 - Payroll Taxes | $0.00 |
| 6020 - Vacation | $0.00 |
| 6055 - Employee Health Insurance | $0.00 |
| 6060 - Other Employee Benefit Expenses | $0.00 |
| 6070 - Stock Compensation | $0.00 |
| 6071 - 401k Safe Harbor Contribution | $0.00 |
| **Total - 6050 - Employee Benefits** | **$0.00** |
| **6400 - Outside Service, Professional & Consulting** | |
| 6405 - Consulting Fees - G&A | $16,372.50 |
| 6415 - Investor Relations | $0.00 |
| 6420 - Audit, Tax and Sox | $0.00 |
| 6430 - Stock Listing and Services | $0.00 |
| 6435 - SEC Filing | $0.00 |
| 6490 - Board Fees | $0.00 |
| **Total - 6400 - Outside Service, Professional & Consulting** | **$16,372.50** |
| **6500 - Legal** | |
| 6505 - Patent Expense | $40.38 |
| 6510 - Legal Fees | $205,926.18 |
| 6540 - Bus Development | $0.00 |
| **Total - 6500 - Legal** | **$205,966.56** |
| **6550 - Insurance** | |
| 6555 - D&O Insurance | $31,314.37 |
| 6560 - Product Liability Insurance | $1,443.75 |
| 6565 - Employment Practice and Fiduciary Liability | $980.25 |
| 6570 - Worker's Compensation Insurance | $474.75 |
| 6575 - GL, Auto, Umbrella Insurance | $1,163.83 |
| 6585 - Crime and Privacy, Cyber Liability | $402.78 |
| **Total - 6550 - Insurance** | **$35,779.73** |
| **6600 - Facility and Office** | |
| 6605 - Rent Expense | $0.00 |
| 6610 - Repair and Maintenance | $0.00 |
| 6615 - Utilities | $0.00 |
| 6620 - Telephone Expense | $0.00 |
| 6625 - Internet Expenses | $129.95 |
| 6630 - Postage and Delivery | $0.00 |

Form No.: MOR -2 cont'd

| Financial Row | Amount (Jun 2019) |
|---|---|
| 6650 - Office Supplies | $0.00 |
| 6655 - Office Expense | $750.00 |
| 6660 - Off Site Storage | $192.70 |
| **Total - 6600 - Facility and Office** | **$1,072.65** |
| **6700 - Travel** | |
| 6690 - Meals and Entertainment | $10.00 |
| 6705 - Airfare | $0.00 |
| 6710 - Lodging | $0.00 |
| 6715 - Ground Transportation & Parking | $0.00 |
| 6720 - Travel Meal | $0.00 |
| 6725 - Other Travel Expense, Internet, Phone and Misc. | $0.00 |
| 6730 - Conference Registration | $0.00 |
| **Total - 6700 - Travel** | **$10.00** |
| **6750 - Corporate Development** | |
| 6751 - Website, Marketing & Promotion | $0.00 |
| **Total - 6750 - Corporate Development** | **$0.00** |
| **6760 - Fees, Dues & Subscriptions** | |
| 6765 - Payroll Processing Fees | $0.00 |
| 6770 - 401K Program Mgmt Fees | $187.00 |
| 6780 - Business Licenses and Permits | $888.00 |
| 6783 - Software License | $1,250.97 |
| 6785 - Dues and Subscriptions | $133.33 |
| 6790 - Bank Service Charges | $312.93 |
| **Total - 6760 - Fees, Dues & Subscriptions** | **$2,772.23** |
| 6800 - Depreciation Expense | $0.00 |
| **6950 - Taxes** | |
| 6960 - Taxes - State CA | $0.00 |
| 6965 - Taxes - State DE | $0.00 |
| 6975 - Taxes - Property | $0.00 |
| **Total - 6950 - Taxes** | **$0.00** |
| **Total - General & Administrative** | **$261,973.67** |
| **Total - Expense** | **$261,973.67** |
| **Net Ordinary Income** | **($261,973.67)** |
| **Other Income and Expenses** | |
| **Other Income** | |
| **7000 - Other Income** | |
| 7005 - Interest Income | $512.87 |
| 7006 - Other/Misc Income | $88,107.30 |
| **Total - 7000 - Other Income** | **$88,620.17** |
| **Total - Other Income** | **$88,620.17** |
| **Other Expense** | |
| **7500 - Other Expense** | |
| 7505 - Interest Expense (paid) | $92,598.15 |
| 7506 - Interest Expense (accrued) | $27,971.43 |
| 7510 - Finance Charges (paid) | $26,397.15 |
| 7511 - Finance Charges (Fees amortized) | $14,088.57 |
| 7512 - Warrant Amortization | $17,686.90 |
| **Total - 7500 - Other Expense** | **$178,742.20** |
| **Total - Other Expense** | **$178,742.20** |

Form No.: MOR -2 cont'd

| Financial Row | Amount (Jun 2019) |
|---|---|
| Net Other Income | ($90,122.03) |
| Net Income | ($352,095.70) |

Form No.: MOR -3

## MabVax Therapeutics Holdings, Inc.
## Balance Sheet
## End of Jun 2019

| Financial Row | Amount |
|---|---:|
| ASSETS | |
| Current Assets | |
| Bank | |
| 1000 - Cash and Cash Equivalents | |
| 1011 - Pac Prem Chk xx5021 | $26,386.00 |
| 1020 - Pac Prem MM xx0870 | $274,137.21 |
| Total - 1000 - Cash and Cash Equivalents | $300,523.21 |
| Total Bank | $300,523.21 |
| Accounts Receivable | |
| 1190 - Other Receivable | $2,160.80 |
| Total Accounts Receivable | $2,160.80 |
| Other Current Asset | |
| 1205 - Prepaid Insurance, Subscription and Other | $3,544.66 |
| 1210 - Other Prepaids | $42,651.97 |
| 1215 - Deposit - ST | $102,541.41 |
| Total Other Current Asset | $148,738.04 |
| Total Current Assets | $451,422.05 |
| Total ASSETS | $451,422.05 |
| LIABILITIES & EQUITY | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 - Accounts Payable | $2,648,967.25 |
| Total Accounts Payable | $2,648,967.25 |
| Other Current Liability | |
| 2050 - Accrued AP | $230,470.50 |
| 2090 - Accrued Contingency Fee | $582,954.32 |
| 2102 - Accrued Bonus | $229,148.05 |
| 2110 - Accrued Vacation | $225,965.91 |
| 2200 - Sales & Use Tax Payable | $291.56 |
| Total Other Current Liability | $1,268,830.34 |
| Total Current Liabilities | $3,917,797.59 |
| Equity | |
| 3000 - Convertible Preferred Stock | |
| 3025 - Series D Convertible Preferred Stock | $441.04 |
| 3030 - Series E Convertible Preferred Stock | $333.33 |
| 3036 - Series I - Convertible Preferred Stock | $6,456.76 |
| 3037 - Series J - Convertible Preferred Stock | $7.73 |
| 3038 - Series K - Convertible Preferred Stock | $631.50 |
| 3039 - Series L - Convertible Preferred Stock | $455.00 |
| 3040 - Series M - Convertible Preferred Stock | $50.00 |
| 3041 - Series N - Convertible Preferred Stock | $53.64 |
| 3042 - Series O - Convertible Preferred Stock | $106.07 |
| Total - 3000 - Convertible Preferred Stock | $8,535.07 |
| 3105 - Common Stock | $94,295.82 |
| 3190 - Additional Paid In Capital | $118,665,463.56 |
| Retained Earnings | ($126,027,119.28) |
| Net Income | $3,792,449.29 |
| Total Equity | ($3,466,375.54) |
| Total LIABILITIES & EQUITY | $451,422.05 |

Form No.: MOR -3 cont'd

## MabVax Therapeutics Holdings, Inc.
## Trial Balance
## End of Jun 2019

| Account | Debit | Credit |
|---|---:|---:|
| **1000 - Cash and Cash Equivalents** | | |
| 1011 - Pac Prem Chk xx5021 | $26,386.00 | |
| 1020 - Pac Prem MM xx0870 | $274,137.21 | |
| **Total - 1000 - Cash and Cash Equivalents** | **$300,523.21** | **$0.00** |
| 1190 - Other Receivable | $2,160.80 | |
| 1205 - Prepaid Insurance, Subscription and Other | $3,544.66 | |
| 1210 - Other Prepaids | $42,651.97 | |
| 1215 - Deposit - ST | $102,541.41 | |
| 2000 - Accounts Payable | | $2,648,967.25 |
| 2050 - Accrued AP | | $230,470.50 |
| 2090 - Accrued Contingency Fee | | $582,954.32 |
| 2102 - Accrued Bonus | | $229,148.05 |
| 2110 - Accrued Vacation | | $225,965.91 |
| 2200 - Sales & Use Tax Payable | | $291.56 |
| **3000 - Convertible Preferred Stock** | | |
| 3025 - Series D Convertible Preferred Stock | | $441.04 |
| 3030 - Series E Convertible Preferred Stock | | $333.33 |
| 3036 - Series I - Convertible Preferred Stock | | $6,456.76 |
| 3037 - Series J - Convertible Preferred Stock | | $7.73 |
| 3038 - Series K - Convertible Preferred Stock | | $631.50 |
| 3039 - Series L - Convertible Preferred Stock | | $455.00 |
| 3040 - Series M - Convertible Preferred Stock | | $50.00 |
| 3041 - Series N - Convertible Preferred Stock | | $53.64 |
| 3042 - Series O - Convertible Preferred Stock | | $106.07 |
| **Total - 3000 - Convertible Preferred Stock** | **$0.00** | **$8,535.07** |
| 3105 - Common Stock | | $94,295.82 |
| 3190 - Additional Paid In Capital | | $118,665,463.56 |
| 3999 - Retained Earnings | $126,027,119.28 | |
| **6000 - Salaries & Wages** | | |
| 6005 - Payroll Expense | $452,304.80 | |
| **Total - 6000 - Salaries & Wages** | **$452,304.80** | **$0.00** |
| **6050 - Employee Benefits** | | |
| 6010 - Payroll Taxes | $36,296.72 | |
| 6020 - Vacation | $145.34 | |
| 6055 - Employee Health Insurance | $20,690.58 | |
| 6060 - Other Employee Benefit Expenses | $20,063.91 | |
| 6071 - 401k Safe Harbor Contribution | $13,862.33 | |
| **Total - 6050 - Employee Benefits** | **$91,058.88** | **$0.00** |
| **6100 - Clinical Expenses** | | |
| 6105 - Clinical Operations | $0.50 | |
| 6115 - Clinical Trial Costs | | $1,031,930.47 |
| 6140 - Clinical Consultants | | $28,563.28 |
| **Total - 6100 - Clinical Expenses** | **$0.50** | **$1,060,493.75** |
| **6170 - Antibody Manufacturing** | | |
| 6173 - Storage & IP Distribution | | $9,537.82 |
| **Total - 6170 - Antibody Manufacturing** | **$0.00** | **$9,537.82** |
| **6180 - Toxicology** | | |
| 6181 - TOX - Consultants | | $1,487.50 |
| 6187 - TOX - Clinical PK | | $39,655.72 |
| **Total - 6180 - Toxicology** | **$0.00** | **$41,143.22** |
| **6190 - Regulatory** | | |
| 6192 - Reg - Contractors | | $32,196.26 |
| **Total - 6190 - Regulatory** | **$0.00** | **$32,196.26** |
| **6250 - Quality Control** | | |
| 6251 - QC - Consultants | | $820.00 |
| **Total - 6250 - Quality Control** | **$0.00** | **$820.00** |

Form No.: MOR -3 cont'd

| Account | Debit | Credit |
|---|---|---|
| **6260 - Analytical** | | |
| 6263 - Analytical Contractors - Stability | | $6,496.77 |
| **Total - 6260 - Analytical** | **$0.00** | **$6,496.77** |
| **6300 - Lab Expense** | | |
| 6305 - Biowaste Disposal Exp&Training | $198.80 | |
| 6310 - Repairs & Maintanence - Lab | | $762.30 |
| 6315 - Lab Supplies & General | $4,059.13 | |
| **Total - 6300 - Lab Expense** | **$4,257.93** | **$762.30** |
| **6400 - Outside Service, Professional & Consulting** | | |
| 6405 - Consulting Fees - G&A | $215,775.16 | |
| 6415 - Investor Relations | $5,506.50 | |
| 6420 - Audit, Tax and Sox | $10,375.00 | |
| 6430 - Stock Listing and Services | $5,347.19 | |
| 6435 - SEC Filing | $3,000.00 | |
| **Total - 6400 - Outside Service, Professional & Consulting** | **$240,003.85** | **$0.00** |
| **6500 - Legal** | | |
| 6505 - Patent Expense | | $86,845.05 |
| 6510 - Legal Fees | $404,320.83 | |
| **Total - 6500 - Legal** | **$404,320.83** | **$86,845.05** |
| **6550 - Insurance** | | |
| 6555 - D&O Insurance | $187,886.02 | |
| 6560 - Product Liability Insurance | $8,662.50 | |
| 6565 - Employment Practice and Fiduciary Liability | $5,881.50 | |
| 6570 - Worker's Compensation Insurance | $2,848.50 | |
| 6575 - GL, Auto, Umbrella Insurance | $7,784.78 | |
| 6585 - Crime and Privacy, Cyber Liability | $2,416.88 | |
| **Total - 6550 - Insurance** | **$215,480.18** | **$0.00** |
| **6600 - Facility and Office** | | |
| 6605 - Rent Expense | $162,377.72 | |
| 6610 - Repair and Maintenance | $42,070.49 | |
| 6615 - Utilities | $14,941.70 | |
| 6620 - Telephone Expense | $4,438.17 | |
| 6625 - Internet Expenses | $5,002.77 | |
| 6630 - Postage and Delivery | $565.46 | |
| 6650 - Office Supplies | $2,128.89 | |
| 6655 - Office Expense | $3,373.75 | |
| 6660 - Off Site Storage | $2,528.48 | |
| **Total - 6600 - Facility and Office** | **$237,427.43** | **$0.00** |
| **6700 - Travel** | | |
| 6690 - Meals and Entertainment | $197.82 | |
| 6705 - Airfare | $6,351.76 | |
| 6710 - Lodging | $1,575.10 | |
| 6715 - Ground Transportation & Parking | $1,218.50 | |
| 6720 - Travel Meal | $137.65 | |
| 6725 - Other Travel Expense, Internet, Phone and Misc. | $407.90 | |
| **Total - 6700 - Travel** | **$9,888.73** | **$0.00** |
| **6760 - Fees, Dues & Subscriptions** | | |
| 6765 - Payroll Processing Fees | $1,597.91 | |
| 6770 - 401K Program Mgmt Fees | $1,572.61 | |
| 6780 - Business Licenses and Permits | $2,534.17 | |
| 6783 - Software License | $7,331.92 | |
| 6785 - Dues and Subscriptions | $7,279.68 | |
| 6790 - Bank Service Charges | $1,643.99 | |
| **Total - 6760 - Fees, Dues & Subscriptions** | **$21,960.28** | **$0.00** |
| **6950 - Taxes** | | |
| 6960 - Taxes - State CA | $1,600.00 | |
| 6965 - Taxes - State DE | | $1,121.72 |
| 6975 - Taxes - Property | $7,811.00 | |
| **Total - 6950 - Taxes** | **$9,411.00** | **$1,121.72** |
| **7000 - Other Income** | | |
| 7005 - Interest Income | | $1,264.19 |
| 7006 - Other/Misc Income | | $4,546,862.35 |
| **Total - 7000 - Other Income** | **$0.00** | **$4,548,126.54** |

Form No.: MOR -3 cont'd

| Account | Debit | Credit |
|---|---:|---:|
| **7500 - Other Expense** | | |
| 7505 - Interest Expense (paid) | $159,743.75 | |
| 7510 - Finance Charges (paid) | $26,745.04 | |
| 7511 - Finance Charges (Fees amortized) | $54,309.70 | |
| 7512 - Warrant Amortization | $68,181.24 | |
| **Total - 7500 - Other Expense** | **$308,979.73** | **$0.00** |
| **Total** | **$128,473,635.47** | **$128,473,635.47** |

Form No.: MOR -4

**MabVax Therapeutics Holdings, Inc.**
**A/P Aging Summary**
**End of Jun 2019**

| Vendor | Current Open Balance | 6/12/2019 - 7/11/2019 (30) Open Balance | 5/13/2019 - 6/11/2019 (60) Open Balance | 4/13/2019 - 5/12/2019 (90) Open Balance | Before 4/13/2019 (>90) Open Balance | Total Open Balance |
|---|---|---|---|---|---|---|
| Vendor | | | | | | |
| ACM Medical Laboratory, Inc. | $0.00 | $0.00 | ($320.00) | $0.00 | $320.00 | $0.00 |
| Alcami Corporation (formerly AAIPharma) | $0.00 | $0.00 | ($1,272.17) | $0.00 | $1,272.17 | $0.00 |
| American Express | $0.00 | $4,417.39 | $0.00 | $0.00 | $0.00 | $4,417.39 |
| Aramark Uniform Services | $0.00 | $0.00 | $0.00 | $0.00 | $442.91 | $442.91 |
| Baker Botts LLP | $0.00 | $0.00 | $0.00 | $0.00 | $694,179.50 | $694,179.50 |
| Beth Israel Deaconess Medical Center, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 |
| Block & Leviton LLP | $0.00 | $0.00 | $0.00 | $0.00 | $4,792.20 | $4,792.20 |
| Champions Oncology, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $8,934.00 | $8,934.00 |
| Charles River Laboratories Ashland, LLC | $0.00 | $0.00 | ($16,200.00) | $0.00 | $16,200.00 | $0.00 |
| City of San Diego | $0.00 | $0.00 | $888.00 | $0.00 | $0.00 | $888.00 |
| Cohn Reznick, LLP | $0.00 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 |
| Computershare Inc | $0.00 | $0.00 | $0.00 | $16,215.69 | $18,680.43 | $34,896.12 |
| Cooley Godward & Kronish | $0.00 | $0.00 | $0.00 | $4,445.20 | $130,074.01 | $134,519.21 |
| Digital Intelligence | $0.00 | $0.00 | $0.00 | $0.00 | $50,737.60 | $50,737.60 |
| Donohoe Advisory Associates LLC | $0.00 | $0.00 | $0.00 | $0.00 | $1,265.00 | $1,265.00 |
| EMD Millipore Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $3,662.00 | $3,662.00 |
| Equisolve, Inc. | $0.00 | $0.00 | $0.00 | $699.00 | $2,796.00 | $3,495.00 |
| Exact Clinical Research Services | $0.00 | $0.00 | ($0.30) | $0.00 | $0.30 | $0.00 |
| F&B Cleaning Services | $0.00 | $0.00 | ($92.74) | $0.00 | $143.75 | $51.01 |
| First National Visa | $0.00 | $255.26 | $216.58 | $210.90 | $6,382.97 | $7,065.71 |
| Fisher Scientific | $0.00 | $0.00 | $0.00 | ($141.55) | $347.10 | $205.55 |
| Gatto Pope & Walwick LLP CPA | $0.00 | $0.00 | $0.00 | $0.00 | $7,700.00 | $7,700.00 |
| Greenhill & Co., LLC | $0.00 | $0.00 | $0.00 | $64,165.00 | $192,501.00 | $256,666.00 |
| Gregory P Hanson | $0.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Haskell & White LLP | $0.00 | $0.00 | $0.00 | $0.00 | $50,200.00 | $50,200.00 |
| IBM Corporation | $0.00 | $0.00 | ($1,189.84) | $0.00 | $1,189.84 | $0.00 |
| Iron Mountain | $0.00 | $192.70 | $0.00 | $0.00 | $0.00 | $192.70 |
| Jones Day | $0.00 | $0.00 | ($22,151.53) | $5,155.00 | $23,678.95 | $6,682.42 |
| LabConnect, LLC | $0.00 | $0.00 | ($9,801.32) | $367.60 | $10,071.00 | $637.28 |
| Latham & Watkins, LLP | $0.00 | $0.00 | $0.00 | $0.00 | $58,725.50 | $58,725.50 |
| Law Offices of Albert Waikit Chan | $0.00 | $40.38 | $0.00 | $0.00 | $0.00 | $40.38 |
| MDM Worldwide Solutions Inc | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 |
| Mintz Levin et al P.C. | $0.00 | $0.00 | $0.00 | $0.00 | $186,973.22 | $186,973.22 |
| Morris Nichols, Arsht & Tunnell LLP | $0.00 | $0.00 | $0.00 | $0.00 | $53,561.70 | $53,561.70 |
| MSKCC (MVT- 5873) | $0.00 | $0.00 | ($71,394.31) | $0.00 | $71,394.31 | $0.00 |
| MSKCC (R&D Contracts) | $0.00 | $0.00 | $0.00 | $0.00 | $584,351.00 | $584,351.00 |
| Noesis Group, Inc. | $0.00 | $750.00 | ($4,125.00) | $0.00 | $4,125.00 | $750.00 |
| Northland Securities, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Objective Capital Partners, LLC | $0.00 | $0.00 | $0.00 | $150,000.00 | $0.00 | $150,000.00 |
| Oregon Health & Science University (for Sarcoma Subject Expenses) | $0.00 | $0.00 | $0.00 | $0.00 | $16,223.60 | $16,223.60 |
| PR Newswire | $0.00 | $0.00 | $0.00 | $0.00 | $5,954.50 | $5,954.50 |
| Regents of the University of Colorado (for Sarcoma Subject Expenses) | $0.00 | $0.00 | $0.00 | $0.00 | $4,929.10 | $4,929.10 |
| RMC Pharmaceutical Solutions Inc. | $0.00 | $0.00 | ($400.00) | $0.00 | $400.00 | $0.00 |
| Russo Partners LLC | $0.00 | $0.00 | $0.00 | $0.00 | $37,525.30 | $37,525.30 |
| San Diego County Treasurer-Tax Collector (SDCTTC) | $0.00 | $0.00 | $0.00 | $7,811.00 | $0.00 | $7,811.00 |
| San Diego Inspire Holdings, LLC | $0.00 | $0.00 | ($16,667.64) | $6,564.60 | $10,103.04 | $0.00 |
| SAS Institute Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,610.00 | $1,610.00 |
| SciQuus, Inc. | $0.00 | $0.50 | ($337.50) | $125.00 | $337.00 | $125.00 |
| SDG&E | $0.00 | $0.00 | $1,617.79 | $0.00 | $3,106.17 | $4,723.96 |
| SEC Connect | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 |
| Sichenzia Ross Ference Kesner LLP | $0.00 | $0.00 | $0.00 | $0.00 | $221,844.96 | $221,844.96 |
| South Coast Copy Systems Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $365.94 | $365.94 |
| Vantage Point Advisors Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $8,375.00 | $8,375.00 |
| WestAir Gases & Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $647.49 | $647.49 |
| **Total - Vendor** | $0.00 | $6,656.23 | ($141,229.98) | $255,617.44 | $2,527,923.56 | $2,648,967.25 |
| **Total** | $0.00 | $6,656.23 | ($141,229.98) | $255,617.44 | $2,527,923.56 | $2,648,967.25 |

In re MabVax Therapeutics Holdings, Inc., *et al.*          Case No. 19-10603 (JTD)
Debtors          Reporting Period: June 1, 2019 to June 30, 2019

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $600,000 | |
| + Amounts billed during the period | 0 | |
| - Amounts collected during the period | 0 | |
| Total Accounts Receivable at the end of the reporting period | $600,000 | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | $600,000 | |
| 31 - 60 days old | 0 | |
| 61 - 90 days old | 0 | |
| 91+ days old | 0 | |
| Total Accounts Receivable | 0 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | $600,000 | |

FORM MOR-5

{00026054. }

**DEBTOR QUESTIONNAIRE**

| | | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | X | |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. | Have all postpetition tax returns been timely filed? If no, provide an explanation below. | N/A | |
| 4. | Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X* | |
| 5. | Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule | | X |

**Explanations**

1. On June 26, 2019, the Court entered that certain *Order Authorizing (A) Rejection of Proposed Transaction with SequenX Biologics LLC and (B) Sale of Equipment to BioNTech AG* [D.I. 186], thereby approving the sale of certain of the Debtors' remaining assets.

* On May 8, 2019, all employees of the Debtors were terminated.  Accordingly, the Debtors workers compensation insurance was terminated.  General liability and other necessary insurance coverages remain in effect.

FORM MOR-5

{00026054. }