# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF ALICE WEBER FOR THE NEW YORK TIMES

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

{00026472. }



**The New York Times**
620 8TH AVENUE • NEW YORK, NY 10018

# PROOF OF PUBLICATION

Sept 17, 2019

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

SEP 1 7 2019   B 4

*Alice Weber*

Sworn before me the 17th day of Sept, 2019

*Michelle Scibilia*

Notary Public

MICHELLE M. SCIBILIA
Notary Public, State of New York
Registration #01SC6281145
Qualified In Nassau County
Commission Expires May 13, 2021

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: ) Chapter 11
) 
MABVAX THERAPEUTICS HOLDINGS, ) Case No. 19-10603 (JTD)
INC., et al.,[1] )
) 
Debtors. ) Jointly Administered

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM, INCLUDING SECTION 503(b)(9) CLAIMS AND ADMINISTRATIVE CLAIMS**

**Entry of Bar Date Order:** On August 27, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [D.I. 214] (the "Bar Date Order") establishing the following deadlines for the filing of proofs of claim in the chapter 11 cases of MabVax Therapeutics Holdings, Inc. and MabVax Therapeutics, Inc. (together, the "Debtors");

**General Bar Date:** Each person or entity, other than Governmental Units (as defined in section 101(27) of the Bankruptcy Code), asserting a claim (as such term is defined in section 101(5) of the Bankruptcy Code) against either of the Debtors that arose prior to March 22, 2019 (including any claims under section 503(b)(9) of the Bankruptcy Code) must submit a Proof of Claim so that it is **actually received** by the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 on or before **October 17, 2019 at 4:00 p.m. (Eastern Time)**;

**Administrative Claims Bar Date:** Each person or entity asserting a claim under section 503(b)(1) through (8) and 507(a)(2) of the Bankruptcy Code (each, an "Administrative Claim") against either of the Debtors that arose subsequent to March 22, 2019 but on or before August 10, 2019 must submit a Proof of Administrative Claim so that it is **actually received** by the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 on or before **October 17, 2019 at 4:00 p.m. (prevailing Eastern time)**; and

**Governmental Bar Date:** Each governmental unit asserting a claim against either Debtor that arose prior to March 22, 2019 must file a Proof of Claim so that it is actually received by the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 on or before **October 17, 2019 at 4:00 p.m. (Eastern time)**.

If you submit a Proof of Claim and/or Proof of Administrative Claim, it must be (i) completed on a claim form substantially in the form of the Official Form 410 and/or Proof of Administrative Claim Form, as applicable; (ii) signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (iii) include supporting documentation (if voluminous, attach a summary) or explanation why documentation is not available; (iv) be in English language; (v) be denominated in United States currency; and (vi) must not be transmitted by facsimile, telecopy, e-mail or other electronic means (except for Proofs of Claim submitted using the Bankruptcy Court's electronic interface, available at http://ecf.deb.uscourts.gov/cgi-bin/autoFilingClaims.pl and Proofs of Administrative Claims filed electronically through CM/ECF. Please note, to file a Proof of Administrative Claim electronically via CM/ECF you will need to obtain a login and password from the Clerk of the Court which could take several days).

**Consequence for Failure to File a Proof of Claim or Proof of Administrative Claim:** ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM AND/OR A PROOF OF ADMINISTRATIVE CLAIM, AS APPLICABLE, ON OR BEFORE THE APPLICABLE BAR DATE (A) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM OR EXPENSE OF ADMINISTRATION AGAINST EITHER DEBTOR OR THEREAFTER FILING A PROOF OF CLAIM OR PROOF OF ADMINISTRATIVE CLAIM IN THESE CHAPTER 11 CASES, (B) WILL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF THE DEBTORS FOR THE PURPOSE OF VOTING UPON ANY PLAN IN THESE CASES; AND (C) SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM THE DEBTORS OR THEIR ASSIGNS WITH RESPECT TO SUCH CLAIM.

**Additional Information:** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for filing proofs of claim), a Proof of Claim Form, a Proof of Administrative Claim Form or related documents you may do so by contacting the Debtors' counsel by email (gibson@teamrosner.com), telephone at (302) 777-1111 or mail, The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801. **Please note, Debtors' counsel cannot advise you whether or not you should file a proof of claim or provide you with any legal advice. If you have legal questions regarding the claims process, you should consult with an attorney.**

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.