Fill in this information to identify the case:

☒ MabVax Therapeutics Holdings, Inc. (19-10603)
☐ MabVax Therapeutics, Inc.         (19-10604)

United States Bankruptcy Court for the District of Delaware

FILED
2019 OCT 16  AM 9:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Administrative Claim Form

Read the instructions before filling out this form. This form is for making a claim for payment of an administrative expense arising against the Debtors identified above on or after March 21, 2019 through and including June 26, 2019. THIS FORM SHOULD ONLY BE USED FOR CLAIMS THAT ARE ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(b)(1)-(8), and should not be used to assert a claim under § 503(b)(9).

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
KARL THOMAS
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
KARL THOMAS
Name
3075 SE ST LUCIE BLVD
Number    Street
STUART       FL       34997
City        State    ZIP Code
Contact phone 772 221-2700
Contact email RWMARINA@BELLSOUTH.NET

Where should payments to the creditor be sent? (if different)
Name _____
Number    Street
City        State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ __4464.45__ . Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   __LOSS IN STOCK VALUE.__

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $_____
   Amount of the claim that is secured: $_____

   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $_____

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No <br> ☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10 / 09 / 2019
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name      KARL                FL              THOMAS
          First name          Middle name     Last name

Title     _____

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   3075            SE ST. LUCIE BLVD
          Number          Street

          STUART                          FL        34997
          City                            State     ZIP Code

Contact phone  772 221-2700          Email   RWMARINA@BELLSOUTH.NET

Administrative Claim Form                                              page 3

| Symbol | Name | Qty | Date | Cost | Cost Basis | Price | Market Value | Gain/Loss $ | Gain/Loss % | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| FTK | FLOTEK INDS INC | 1,000 | 11/30/18 | 1.3725 | 1,372.50 | 1.8950 | 1,895.00 | 522.50 | 38.07 | Short |
| G6S01W108 | PARAGON OFFSHORE LTD | 80,000 | --- | 0.1614 | 12,909.50 | | | 0.00 | -- | |
| GE | GENERAL ELECTRIC CO | 1,000 | 10/27/17 | 21.04 | 21,040.00 | 8.2850 | 8,285.00 | -12,755.00 | -60.62 | Long |
| GME | GAMESTOP CORP | 2,000 | 07/17/19 | 4.52 | 9,040.00 | 5.11 | 10,220.00 | 1,180.00 | 13.05 | Short |
| GNC | GNC HOLDINGS INC | 3,000 | --- | 3.0667 | 9,200.00 | 2.19 | 6,570.00 | -2,630.00 | -28.59 | Long |
| GNKWF | GENCO WTS 21 | 4,910 | --- | 1.5582 | 7,650.67 | 0.07 | 343.70 | -7,306.97 | -95.51 | Multiple |
| GSAT | GLOBALSTAR INC | 4,000 | 05/24/18 | 0.5523 | 2,209.20 | 0.3729 | 1,491.60 | -717.60 | -32.48 | Long |
| GT | GOODYEAR TIRE & RUBR CO | 1,000 | 08/05/19 | 12.43 | 12,430.00 | 13.26 | 13,260.00 | 830.00 | 6.68 | Short |
| HL | HECLA MINING COMPANY | 1,000 | 11/05/14 | 2.04 | 2,040.00 | 1.9950 | 1,995.00 | -45.00 | -2.21 | Long |
| IBM | INTERNATIONAL BUSINESS MACH | 200 | 10/17/18 | 133.53 | 26,706.00 | 139.56 | 27,912.00 | 1,206.00 | 4.52 | Short |
| ICON | ICONIX BRAND GROUP, INC | 300 | 09/10/18 | 3.2183 | 965.50 | 1.90 | 570.00 | -395.50 | -40.96 | Long |
| INFI | INFINITY PHARMACEUTICALS | 1,000 | 06/22/16 | 1.2850 | 1,285.00 | 1.1075 | 1,107.50 | -177.50 | -13.81 | Long |
| ING | ING GROEP NV ADR | 1,000 | 09/12/18 | 12.6525 | 12,652.50 | 9.9450 | 9,945.00 | -2,707.50 | -21.40 | Long |
| INPX | INPIXON | 2,000 | 07/01/19 | 0.5852 | 1,170.40 | 0.1230 | 246.00 | -924.40 | -78.98 | Short |
| ISEE | IVERIC BIO INC | 1,000 | 08/15/19 | 1.07 | 1,070.00 | 1.0250 | 1,025.00 | -45.00 | -4.21 | Short |
| JGH | NUVEEN GLOBAL HIGH INCOME F | 1,000 | --- | 16.8868 | 16,886.81 | 15.32 | 15,320.00 | -1,566.81 | -9.28 | Long |
| JNCE | JOUNCE THERAPEUTICS INC | 1,000 | 12/07/18 | 4.0525 | 4,052.50 | 3.10 | 3,100.00 | -952.50 | -23.50 | Short |
| KONAQ | KONA GRILL | 20,000 | 04/29/19 | 0.1211 | 2,422.00 | 0.0149 | 298.00 | -2,124.00 | -87.70 | Short |
| KRG | KITE REALTY GROUP TRUST | 500 | 05/01/18 | 14.53 | 7,265.00 | 16.09 | 8,045.00 | 780.00 | 10.74 | Long |
| LKM | LINK MOTION INC CL A | 1,000 | 12/22/14 | 3.53 | 3,530.00 | | | 0.00 | -- | |
| LKSD | LSC COMMUNICATIONS INC | 10,000 | --- | 4.9718 | 49,717.50 | 1.21 | 12,100.00 | -37,617.50 | -75.66 | Multiple |
| MATN | MATEON THERAPEUTICS INC | 10,000 | --- | 0.7704 | 7,703.80 | 0.2750 | 2,750.00 | -4,953.80 | -64.30 | Long |
| MAXR | MAXAR TECHNOLOGIES INC | 300 | 12/04/18 | 16.0583 | 4,817.50 | 7.35 | 2,205.00 | -2,612.50 | -54.23 | Short |
| MBVXQ | MABVAX THERAPEUTICS HOLDING | 1,000 | --- | 4.4701 | 4,470.15 | 0.0057 | 5.70 | -4,464.45 | -99.87 | Long |
| | | 22.3334 | 01/05/15 | 39.4853 | 881.84 | 0.0057 | 0.13 | -881.71 | -99.99 | Long |
| | | 144 | 11/22/16 | 9.84 | 1,416.96 | 0.0057 | 0.82 | -1,416.14 | -99.94 | Long |
| | | 166.6666 | 03/27/17 | 6.81 | 1,135.00 | 0.0057 | 0.95 | -1,134.05 | -99.92 | Long |
| | | 667 | 03/02/18 | 1.5537 | 1,036.35 | 0.0057 | 3.80 | -1,032.55 | -99.63 | Long |
| MHLD | MAIDEN HOLDINGS LTD | 1,000 | 12/28/18 | 1.5525 | 1,552.50 | 0.6079 | 607.90 | -944.60 | -60.84 | Short |
| MLNT | MELINTA THERAPEUTICS INC | 300 | --- | 22.7667 | 6,830.00 | 3.58 | 1,074.00 | -5,756.00 | -84.28 | Multiple |
| MTEM | MOLECULAR TEMPLATES INC | 300 | --- | 9.0413 | 2,712.40 | 6.76 | 2,028.00 | -684.40 | -25.23 | Long |
| MXF | THE MEXICO FUND INC | 2,000 | --- | 13.7861 | 27,572.15 | 13.10 | 26,200.00 | -1,372.15 | -4.98 | Long |
| NAT | NORDIC AMERICAN TANKERS LIM | 5,000 | 12/19/17 | 2.56 | 12,800.00 | 3.5850 | 17,925.00 | 5,125.00 | 40.04 | Long |
| NBY | NOVABAY PHARMACEUTICALS INC | 200 | 10/23/15 | 4.6875 | 937.50 | 0.6146 | 122.92 | -814.58 | -86.89 | Long |
| NLNK | NEWLINK GENETICS CORPORATIO | 4,000 | --- | 2.7781 | 11,112.50 | 1.21 | 4,840.00 | -6,272.50 | -56.45 | Multiple |
| NMR | NOMURA HOLDINGS INC SP ADR | 5,000 | --- | 3.55 | 17,750.00 | 4.32 | 21,600.00 | 3,850.00 | 21.69 | Short |
| NRO | NEUBERGER BERMAN REAL ESTAT | 3,000 | 10/11/18 | 4.78 | 14,340.00 | 5.63 | 16,890.00 | 2,550.00 | 17.78 | Short |
| NSPR | INSPIREMD INC | 500 | --- | 10.8550 | 5,427.52 | 1.1297 | 564.85 | -4,862.67 | -89.59 | Multiple |
| NVIV | INVIVO THERAPEUTICS HOLDING | 1,000 | 06/18/18 | 5.10 | 5,100.00 | 0.4760 | 476.00 | -4,624.00 | -90.67 | Long |
| NVLNF | NOVELION THRPTCS RG | 1,000 | --- | 6.6868 | 6,686.82 | 0.75 | 750.00 | -5,936.82 | -88.78 | Multiple |
| OIBRQ | OI SP ADR PFD | 20,000 | --- | 1.4783 | 29,566.12 | 0.3050 | 6,100.00 | -23,466.12 | -79.37 | Long |



09/12/19

P.O. BOX 2553
OMAHA, NE 68103-2553

BANKRUPTCY W/ PROOF OF CLAIM
SECURITY DESCRIPTION: MABVAX THERAPEUTICS HLDGS INC

CUSIP#:        55414P702
ACCOUNT#:              0483
QUANTITY:             1,000

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED ADC 117
KARL THOMAS ROTH IRA
TD AMERITRADE CLEARING, CUSTODIAN
3075 SE SAINT LUCIE BLVD
STUART FL 34997-5423

Dear Client,

We have been requested to forward you the enclosed material. Please review the enclosed documents for instructions on how to submit a claim. If you have any questions pertaining to this notice or on how to submit a claim, please contact the administrator that is referenced on the notice.

For information please contact us at 1-888-723-8504, option 1

JOB NUMBER: E15450 188        CONTROL#: 8241434958539959



000000420

P.O. BOX 2553
OMAHA, NE 68103-2553



**DO NOT MAIL**

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED ADC 117
KARL THOMAS ROTH IRA
TD AMERITRADE CLEARING, CUSTODIAN
3075 SE SAINT LUCIE BLVD
STUART FL 34997-5423