# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10603 (JTD)<br><br>Jointly Administered |

## STIPULATION AND ORDER AMENDING PROOF OF CLAIM

This stipulation is entered into by and between MabVax Therapeutics Holdings, Inc. and MabVax Therapeutics, Inc. (together, the "Debtors") and Anne Long (the "Claimant" and together with the Debtors, the "Parties").

## RECITALS

WHEREAS, on March 21, 2019, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these chapter 11 cases;

WHEREAS, on August 27, 2019, the Court entered the *Order Establishing Bar Dates and Procedures and Approving the Form and Manner of Notice Thereof* [D.I. 214], which established October 17, 2019 as the deadline for filing proofs of claim in these chapter 11 cases;

WHEREAS, on October 10, 2019, Claimant filed proof of claim number 36 asserting an unsecured claim in the amount of $13,606.24 (the "Claim");

WHEREAS, Claimant asserts the Claim is entitled to priority in the amount of $13,606.24 (the "Priority Amount") pursuant to section 507(a) of the Bankruptcy Code;

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

{00027608. }

WHEREAS, upon further review by the Debtors, the Parties agree that the Claim should be amended and the Priority Amount should be reduced to $12,850.00;

NOW, THEREFORE, after good-faith, arms-length negotiations, in consideration of the foregoing, it is hereby stipulated and agreed that:

1. The Priority Amount asserted in the Claim shall be reduced to $12,850.00.

2. The clerk of the Bankruptcy Court in the Debtors' chapter 11 cases is authorized and directed to adjust the claims register in accordance with this Stipulation.

3. This Stipulation contains the entire agreement between the Parties as to its subject matter and supersedes any and all prior agreements and undertakings between the Parties relating thereto.

4. This Stipulation may not be modified other than by a signed writing executed by the Parties.

5. Each person who executes this Stipulation represents that he or she is duly authorized to do so on behalf of the respective Party and that each Party has full knowledge and has consented to this Stipulation.

6. This Stipulation may be executed in counterparts, each of which will be deemed an original but all of which together constitute one and the same instrument, and it constitutes sufficient proof of this Stipulation to present any copy, copies, or faxes signed by the Parties to be charged.

7. This Stipulation will be exclusively governed by and construed and enforced in accordance with the laws of the State of Delaware, without regard to its conflicts of law principles, and all claims relating to or arising out of this Stipulation, or the breach thereof,

whether sounding in contract, tort, or otherwise, will likewise be governed by the laws of the State of Delaware, excluding Delaware's conflicts of law principles.

8. The Court will retain exclusive jurisdiction over all disputes relating to this Stipulation.

Dated: February 28, 2020
   Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

/s/ *Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE # 4885)
Jason A. Gibson (DE # 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
   leonhardt@teamrosner.com
   gibson@teamrosner.com
   liu@teamrosner.com

*Counsel to the Debtors and Debtors in Possession*

/s/ Anne Long

Anne Long

*Claimant*

**SO ORDERED:**

Dated: March 3rd, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

{00027608. }    3