# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (JTD) |
| Debtors. | Jointly Administered |

## STIPULATION AND ORDER AMENDING PROOFS OF CLAIM AND RESERVATION OF RIGHTS

This stipulation is entered into by and between MabVax Therapeutics Holdings, Inc. and MabVax Therapeutics, Inc. (together, the "Debtors") and Sloan-Kettering Institute for Cancer Research ("MSK" and together with the Debtors, the "Parties").

## RECITALS

WHEREAS, on March 21, 2019, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these chapter 11 cases;

WHEREAS, on August 27, 2019, the Court entered the *Order Establishing Bar Dates and Procedures and Approving the Form and Manner of Notice Thereof* [D.I. 214], which established October 17, 2019 as the deadline for filing proofs of claim in these chapter 11 cases;

WHEREAS, on October 15, 2019, MSK filed a proof of claim in case number 19-10604, asserting an unsecured claim in the amount of $184,351.00 ("Claim No. 17");

WHEREAS, on October 17, 2019, MSK filed a proof of claim in case number 19-10604, asserting an unsecured claim in the amount of $144,000.00 ("Claim No. 24");

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

{00027580.2}

WHEREAS, on October 18, 2019, MSK filed a proof of claim in case number 19-10603, asserting an administrative claim in the amount of $144,000.00 ("Claim No. 65" and collectively with Claim No. 17 and Claim No. 24, the "Claims");[2]

WHEREAS, the bases of the Claims asserted by MSK are "Royalties under Polyvalent Conjugate Vaccines for Cancer License" (collectively, the "Vaccines Agreements");

WHEREAS, on December 2, 2019, the Parties and Y-mAbs Therapeutics, Inc. ("Y-mAbs") entered into a *Settlement and Assumption and Assignment of MSK License Agreement and Y-mAbs Sublicense Agreement* (the "Settlement Agreement");

WHEREAS, on December 16, 2019, the Court entered an order approving the Settlement Agreement [D.I. 270];

WHEREAS, pursuant to the Settlement Agreement, on December 17, 2019, the Debtors paid to MSK an amount of three hundred twenty-eight thousand three hundred fifty-one ($328,351.00) dollars (the "Cure Payment") associated with cure payments owed to MSK under the Vaccines Agreements;

WHEREAS, the purpose and effect of this Stipulation is to confirm payment of the Cure Payment, but nothing in the Settlement Agreement shall effect or be deemed to effect or otherwise prejudice MSK's right to receive and collect future payments pursuant to Section 3.3 of the Y-mAbs Sublicense, as amended by Section 2(c) of the Settlement Agreement;

WHEREAS, in consideration of the Cure Payment, the Parties agree that the Claims should be amended as set forth herein;

NOW, THEREFORE, after good-faith, arms-length negotiations, in consideration of the foregoing, it is hereby stipulated and agreed that:

---

[2] Capitalized terms used herein but otherwise not defined shall retain the meaning ascribed to them in the Settlement Agreement.

1. The claims register in case 19-10603 shall be updated to reflect the amount of Claim No. 65 as $0.00.

2. The claims register in case 19-10604 shall be updated to reflect the amounts of Claim Nos. 17, 24 and 25 as $0.00.

3. Nothing contained herein shall effect, be deemed to effect, or otherwise prejudice MSK's right to receive and collect the MSK Revenue Share.

4. For the avoidance of doubt, nothing contained herein shall release any obligations between MSK and the Debtors created by, arising out of or related to the *Assumption and Assignment of BII Agreements* [D.I. 138].

5. MSK reserves all rights in connection with its contractual rights and entitlement under the Vaccine Agreements, the *Assumption and Assignment of BII Agreements* and the Settlement Agreement.

6. The clerk of the Bankruptcy Court in the Debtors' chapter 11 cases is authorized and directed to adjust the claims register in accordance with this Stipulation.

7. This Stipulation may not be modified other than by a signed writing executed by the Parties.

8. Each person who executes this Stipulation represents that he or she is duly authorized to do so on behalf of the respective Party and that each Party has full knowledge and has consented to this Stipulation.

9. This Stipulation may be executed in counterparts, each of which will be deemed an original but all of which together constitute one and the same instrument, and it constitutes sufficient proof of this Stipulation to present any copy, copies, or faxes signed by the Parties to be charged.

10. This Stipulation will be exclusively governed by and construed and enforced in accordance with the laws of the State of Delaware, without regard to its conflicts of law principles, and all claims relating to or arising out of this Stipulation, or the breach thereof, whether sounding in contract, tort, or otherwise, will likewise be governed by the laws of the State of Delaware, excluding Delaware's conflicts of law principles.

11. The Court will retain exclusive jurisdiction over all disputes relating to this Stipulation.

Dated: March 3, 2020
      Wilmington, Delaware

| **THE ROSNER LAW GROUP LLC** | **A.M. SACCULLO LEGAL, LLC** |
|---|---|
| */s/ Jason A. Gibson* | */s/ Mary E. Augustine* |
| Frederick B. Rosner (DE 6091) | Anthony M. Saccullo (DE 4141) |
| Scott J. Leonhardt (DE 4885) | Mary E. Augustine (DE 4477) |
| Jason A. Gibson (DE 6091) | 27 Crimson King Drive |
| Zhao (Ruby) Liu (DE 6436) | Bear, Delaware 19701 |
| 824 N. Market Street, Suite 810 | Tel.: (302) 836-8877 |
| Wilmington, Delaware 19801 | Fax: (302) 836-8787 |
| Tel.: (302) 777-1111 | Email: ams@saccullolegal.com |
| Email: rosner@teamrosner.com |        meg@saccullolegal.com |
|       leonhardt@teamrosner.com | |
|       gibson@teamrosner.com | and |
|       liu@teamrosner.com | |
| | **OLSHAN FROME WOLOSKY LLP** |
| *Counsel to the Debtors and Debtors in Possession* | Jonathan T. Koevary (admitted *pro hac vice*) |
| | 1325 Avenue of the Americas |
| | New York, New York 10019 |
| | Tel.: 212 451-2300 |
| | Fax: 212 451-2222 |
| | Email: jkoevary@olshanlaw.com |
| | |
| | *Counsel to Sloan-Kettering Institute for Cancer Research* |

SO ORDERED: