**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.**

Debtor's Name: <u>MabVax Therapeutics Holdings, Inc., *et al*.</u>   Bank: <u>Pacific Premier Bank</u>

Bankruptcy Number: <u>19-10603 (JTD)</u>        Account Number: <u>1217185021</u>
Date of Confirmation: <u>March 5, 2020</u>       Account Type: <u>Checking</u>

Reporting Period (month/year): April 1, 2020 through June 30, 2020 (Q2)

|  |  |  |
|---|---|---:|
| Beginning Cash Balance: | $ | 285.13 |

All receipts received by the debtor:

|  |  |  |
|---|---|---:|
| Cash Sales: | $ | - |
| Collection of Accounts Receivable: | $ | - |
| Proceeds from Litigation (settlement or otherwise): | $ | - |
| Sale of Debtor's Assets: | $ | - |
| Transfers In from other Debtor Accounts: | $ | 148,500.00 |
| Miscellaneous Income: | $ | 10.13 |
| Capital Infusion pursuant to the Plan: | $ | - |
| Total of cash received: | $ | 148,510.13 |
| Total of cash available: | $ | 148,795.26 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |  |
|---|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 121,263.43 |
| Transfer Out to other Debtor Account: | $ | - |
| All other disbursements made in the ordinary course: | $ | 27,209.64 |
| Total Disbursements: | $ | 148,473.07 |
| Ending Cash Balance: | $ | 322.19 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 20, 2020            Name/Title: *J. David Hansen*
                                          J. David Hansen

{00028646. }

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.**

Debtor's Name: <u>MabVax Therapeutics Holdings, Inc., *et al.*</u>    Bank: <u>Pacific Premier Bank</u>

Bankruptcy Number: <u>19-10603 (JTD)</u>    Account Number: <u>1202700870</u>
Date of Confirmation: <u>March 5, 2020</u>    Account Type: <u>Money Market</u>

Reporting Period (month/year): April 1, 2020 through June 30, 2020 (Q2)

| | |
|---|---:|
| Beginning Cash Balance: | $ 208,336.75 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $ - |
| Collection of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Transfers In from other Debtor Accounts: | $ - |
| Miscellaneous Income: | $ 20.25 |
| Capital Infusion pursuant to the Plan: | $ - |
| Total of cash received: | $ 20.25 |
| Total of cash available: | $ 208,357.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| Transfer Out to other Debtor Account: | $ 148,500.00 |
| All other disbursements made in the ordinary course: | $ - |
| Total Disbursements: | $ 148,500.00 |
| Ending Cash Balance: | $ 59,857.00 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 20, 2020    Name/Title: *[signature]*

J. David Hansen

{00028647. }