**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 19-10603 (JTD)<br><br>Jointly Administered<br><br>**Hearing Date: Sept. 21, 2020 at 2:00 p.m. (ET)**<br>**Obj. Deadline: Sept. 9, 2020 at 4:00 p.m. (ET)**<br><br>**Re: D.I. 350 & 351** |

**NOTICE OF MOTIONS AND HEARING**

       **PLEASE TAKE NOTICE** that on August 26, 2020, David Hansen, in his capacity as Plan Administrator for the Post-Effective bankruptcy estates of MabVax Therapeutics Holdings, Inc. and MabVax Therapeutics, Inc. filed the (i) *Motion by Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement* (the "Settlement Motion") [D.I. 350]; and (ii) *Motion of the Plan Administrator to File Under Seal the Motion by Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement* (the "Seal Motion" and together with the Settlement Motion, the "Motions") [D.I. 351] with the United States Bankruptcy Court for the District of Delaware (the "Court").

       **PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motions must be filed with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 9, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

       **PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing with respect to the Motions will be held before the Honorable John T. Dorsey, United States Bankruptcy Judge, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801 on **September 21, 2020 at 2:00 p.m. (ET)**.

---

[1] The last four digits of the taxpayer identification numbers of the "Debtors" and "Debtors-in-Possession" follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

{00028902. }

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 26, 2020
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE # 3995)
Scott J. Leonhardt (DE # 4885)
Jason A. Gibson (DE # 6091)
Zhao (Ruby) Liu (DE# 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
      leonhardt@teamrosner.com
      gibson@teamrosner.com
      liu@teamrosner.com

*Attorneys for the Plan Administrator*