# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 19-10603 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 360 & 361** |

### ORDER GRANTING MOTION OF BLOCK & LEVITON TO FILE UNDER SEAL THE FIRST AND FINAL APPLICATION OF BLOCK & LEVITON LLP, SPECIAL LITIGATION COUNSEL, FOR CONTINGENT FEE AND REIMBURSEMENT OF POST-PETITION EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 21, 2019 THROUGH SEPTEMEBER 15, 2020

The Court, having considered the *Motion of Block & Leviton to File Under Seal the First and Final Application of Block & Leviton LLP, Special Litigation Counsel, for Contingent Fee and Reimbursement of Post-Petition Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 21, 2019 Through September 15, 2020* (the "**Seal Motion**")[2] and having reviewed all pleadings related thereto; and, having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.　　The Seal Motion is Granted.

2.　　Pursuant to § 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1, the Block & Leviton is authorized, and the Clerk of the Court is directed, to file and maintain the *First and Final Application of Block & Leviton LLP, Special Litigation Counsel, for*

---

[1]　　The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[2]　　Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to them in the Seal Motion.

{00029136. }

2

*Contingent Fee and Reimbursement of Post-Petition Expenses as Counsel to the Debtors and Debtors in Possession* (the "**Fee Application**") under seal.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.