**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.**

Debtor's Name: <u>MabVax Therapeutics Holdings, Inc., *et al*.</u>    Bank: <u>Pacific Premier Bank</u>

Bankruptcy Number: <u>19-10603 (JTD)</u>    Account Number: 1217185021

Date of Confirmation: <u>March 5, 2020</u>    Account Type: <u>Checking</u>

Reporting Period (month/year): July 1, 2020 through September 30, 2020 (Q3)

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $ | 322.19 |
| All receipts received by the debtor: | | |
| Cash Sales: | $ | - |
| Collection of Accounts Receivable: | $ | - |
| Proceeds from Litigation (settlement or otherwise): | $ | - |
| Sale of Debtor's Assets: | $ | - |
| Transfers In from other Debtor Accounts: | $ | 82,700.00 |
| Miscellaneous Income: | $ | - |
| Capital Infusion pursuant to the Plan: | $ | - |
| Total of cash received: | $ | 82,700.00 |
| Total of cash available: | $ | 83,022.19 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 77,792.32 |
| Transfer Out to other Debtor Account: | $ | - |
| All other disbursements made in the ordinary course: | $ | 9,573.56 |
| Total Disbursements: | $ | 87,365.88 |
| Ending Cash Balance: | $ | (4,343.69) |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: <u>October 15, 2020</u>    Name/Title: *[signature] J. David Hansen*

{00028438. }

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.**

Debtor's Name: <u>MabVax Therapeutics Holdings, Inc., *et al*.</u>    Bank: <u>Pacific Premier Bank</u>

Bankruptcy Number: <u> 19-10603 (JTD)    </u>    Account Number: <u>1202700870</u>

Date of Confirmation: <u> March 5, 2020    </u>    Account Type: <u>Money Market</u>

Reporting Period (month/year): July 1, 2020 through September 30, 2020 (Q3)

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $ | 59,857.00 |

All receipts received by the debtor:

| | | |
|---|---:|---:|
| Cash Sales: | $ | - |
| Collection of Accounts Receivable: | $ | - |
| Proceeds from Litigation (settlement or otherwise): | $ | XXXXXXX[1] |
| Sale of Debtor's Assets: | $ | - |
| Transfers In from other Debtor Accounts: | $ | - |
| Miscellaneous Income: | $ | 440.36 |
| Capital Infusion pursuant to the Plan: | $ | - |
| Total of cash received: | $ | XXXXXXX |
| Total of cash available: | $ | XXXXXXX |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | - |
| Transfer Out to other Debtor Account: | $ | 82,700.00 |
| All other disbursements made in the ordinary course: | $ | 24,765.00 |
| Total Disbursements: | $ | 107,465.00 |
| Ending Cash Balance: | $ | XXXXXXX |

---

[1] Redacted pursuant to *Order Granting Motion by Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement* [D.I. 358].

2

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 20, 2020                                                                Name/Title: *J. David Hor---*