# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-10603 (JTD)<br>)<br>) Jointly Administered<br>)<br>) **Re: D.I. 361**<br>) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 361

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Block & Leviton LLP to File Under Seal the First and Final Application of Block & Leviton LLP, Special Litigation Counsel, for Contingent Fee and Reimbursement of Post-Petition Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 21, 2019 Through September 15, 2020* (the "Motion") [D.I. 361] filed on October 1, 2020.  The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 15, 2020 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

{00029353. }

-2-

Dated: October 22, 2020
      Wilmington, Delaware

**BLOCK & LEVITON LLP**

*/s/ Joel A. Fleming*
Joel A. Fleming
260 Franklin St. Suite 1860
Boston, MA 02110
Tel.: 617-398-5600
Email: joel@blockleviton.com

*Special Litigation Counsel to the Debtors and Debtors in Possession*