**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) |
| | ) Case No. 19-10603 (JTD) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: D.I. 364** |
| | ) |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM RELATING TO THE FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PLAN ADMINISTRATOR TO (I) OVERSTATED CLAIMS; AND (II) NO LIABILITY CLAIMS**

**PLEASE TAKE NOTICE** that on November 4, 2020, purusant to Del. Bankr. L.R. 3007-1(e)(iv), J. David Hansen, as plan administrator (the "Plan Administrator")[2] of the Post-Effective Date estates of the above-captioned debtors and debtors in possession (together, the "Debtors"), delivered to The Honorable John T. Dorsey United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, copies of the proofs of claim (collectively, the "Proofs of Claim") subject to the *First Omnibus Objection (Substantive) of the Plan Administrator to (I) Overstated Claims; and (II) No Liability Claims* [D.I. 364; filed 10/19/20].

**PLEASE TAKE FURTHER NOTICE** that copies of the Proofs of Claim can be obtained by contacting the undersigned counsel to the Plan Administrator.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[2] Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to them in the Plan.

Dated:  November 4, 2020
          Wilmington, Delaware

                                                      **THE ROSNER LAW GROUP LLC**

                                                      */s/ Jason A. Gibson*
                                                      Frederick B. Rosner (DE # 3995)
                                                      Scott J. Leonhardt (DE # 4885)
                                                      Jason A. Gibson (DE # 6091)
                                                      Zhao (Ruby) Liu (DE# 6436)
                                                      824 N. Market Street, Suite 810
                                                      Wilmington, Delaware 19801
                                                      Tel.: (302) 777-1111
                                                      Email:  rosner@teamrosner.com
                                                                    leonhardt@teamrosner.com
                                                                    gibson@teamrosner.com
                                                                    liu@teamrosner.com

                                                      *Counsel to the Plan Administrator*