**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MABVAX THERAPEUTICS ) | Case No. 19-10603 (JTD) |
| HOLDINGS, INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, on January 13, 2023, the Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding upon BioNTech Research and Development, Inc. was served via process server, proof of service for which is attached hereto as <u>Exhibit A</u>.

Dated: January 18, 2023　　　　　　　　　**CROSS & SIMON, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher P. Simon*
　　　　　　　　　　　　　　　　　　　　Christopher P. Simon (No. 3697)
　　　　　　　　　　　　　　　　　　　　Kevin S. Mann (No. 4576)
　　　　　　　　　　　　　　　　　　　　1105 North Market Street, Suite 901
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 777-4200
　　　　　　　　　　　　　　　　　　　　csimon@crosslaw.com
　　　　　　　　　　　　　　　　　　　　kmann@crosslaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Ben Brauser, Dan Brauser, Greg Brauser, and Josh Brauser*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.