# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) Case No. 19-10603 (JTD) |
| Debtors. | ) Jointly Administered |
| | ) **Re: D.I. 576** |

## CERTIFICATE OF NO OBJECTION REGARDING TENTH MOTION OF THE PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER, PURSUANT TO BANKRUPTCY RULES 9006 AND 9027, EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Tenth Motion of the Plan Administrator for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452* (the "Motion") [D.I. 576] filed on September 28, 2023. The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 12, 2023 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

{00037054. }

Dated: October 24, 2023
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
         leonhardt@teamrosner.com
         liu@teamrosner.com

*Counsel to the Plan Administrator*