## <u>Exhibit A</u>

**(Declaration of J. David Hansen)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (LSS) |
| | Jointly Administered |
| Debtors. | |

### DECLARATION OF J. DAVID HANSEN IN SUPPORT OF HIS OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO PROOF OF INTEREST

I, J. David Hansen hereby declares under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      My name is J. David Hansen, and I am over 21 years of age.  I am the plan administrator (the "Plan Administrator") of the Post-Effective Date estates of the above-captioned debtors (together, the "Debtors").

2.      I make this declaration (the "Declaration") in support of the *Plan Administrator's Omnibus (Non-Substantive) Objection to Proof of Interest* (the "Objection") pursuant to which the Plan Administrator seeks to disallow and expunge certain deficient proofs of interests (each, a "Deficient POI").  All statements in this Declaration are based upon my personal knowledge, my review of business records kept by the Debtors in the ordinary course of business under my supervision or control, my review of the relevant proofs of interests filed in the Debtors' cases.

3.      I have read and reviewed the Objection, including the information set forth on Exhibit 1 to the Proposed Order, and I am familiar with the information contained in those documents.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

4.      To the best of my knowledge, information and belief, the information that is contained in the Objection is true and correct.

5.      I have reviewed the Debtors' books and records and Deficient POIs listed on Exhibit 1 to the Proposed Order, together with any supporting documentation attached thereto, made reasonable efforts to research each Deficient POI in the Debtors' books and records and have determined each Deficient POI should be disallowed and expunged, for the reasons set forth in the Objection.

Dated: August 5, 2025                          _/s/ J. David Hansen_____
                                               Name: J. David Hansen
                                               Title: Plan Administrator

4909-7692-2966, v. 3