## Exhibit B

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (LSS) |
| | Jointly Administered |
| Debtors. | **Re: D.I. ___** |

**ORDER GRANTING OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO PROOFS OF INTEREST**

This matter having come before the Court on the Plan Administrator's Omnibus (Non-Substantive) Objection to Proofs of Interests [D.I. ___] (the "Objection"); and the Court having reviewed the Objection and any responses thereto; and the Court having considered the Declaration of the Plan Administrator in Support of the Objection; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) notice of the Objection and the hearing thereon was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1.      The relief requested in the Objection is **GRANTED**.

2.      Each proof of interests listed on **Exhibit 1, Exhibit 2,** and **Exhibit 3** hereto (each, a "Deficient POI") is hereby disallowed and expunged in its entirety.

3.      This Order is without prejudice to the right of the Plan Administrator to further object to the Deficient POIs on any basis whatsoever.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

4.      The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

5.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# EXHIBIT 1

**(Duplicate Interests)**

| Interest Holder Name | Interest Holder Address | Disallowed Interest(s) | | | Surviving Interest[1] | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | Proof of Interest No. | Filing Date | Number of Shares Asserted | Proof of Interest No. | Filing Date | Number of Shares Asserted | |
| Louis H. Fourie | ███████████ | 27 | 05/21/2025 | 10,000 | 28 | 05/21/2025 | 10,000 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Karl Schwartz | ███████████ | 6 | 5/14/2025 | 400 | 32 | 5/22/2025 | 400 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| John David Hansen | ███████████ | 60 | 05/28/2025 | 186,207 | 61 | 05/28/2025 | 186,207 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Mark A. Baldinger | ███████████ | 70 | 06/03/2025 | 3,712 | 88 | 06/10/2025 | 3,712 | The Disallowed Interest(s) are substantively duplicative of the Surviving Interest. |
| | | 71 | 06/03/2025 | 250 | 87 | 06/10/2025 | 250 | |
| Leonard Erlanger | ███████████ | 66 | 05/30/2025 | 6,400 | 96 | 07/17/2025 | 6,409 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Ronald Kolber | ███████████ | 119 | 07/03/2025 | 34,510 | 123 | 07/07/2025 | 34,510 | The Disallowed Interest(s) are substantively duplicative of the Surviving Interest. |
| | | 120 | 07/03/2025 | 34,510 | | | | |
| | | 121 | 07/03/2025 | 34,510 | | | | |
| James Q. Moretti | ███████████ | 122 | 07/07/2025 | 166 | 125 | 07/07/2025 | 166 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| PCJ Endeavors LLC | ███████████ | 133 | 07/07/2025 | 67 | 134 | 07/07/2025 | 67 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |

[1] The Plan Administrator also seeks to disallow some of the Surviving Interests (Nos. 28, 87, 88, 123, 125 & 134) on separate basis of insufficient documentation. *See* Exhibit 3.

**<u>EXHIBIT 2</u>**


**(Late-Filed Interests)**

| Interest Holder Name | Interest Holder Address & Email | Proof of Interest No. | Filing Date | Number of Shares Asserted | Reason for Disallowance |
|---|---|---|---|---|---|
| Lawrence Chiarello | ███████ | 139 | 7/10/2025 | 12 | The Proof of Interest was filed after the Bar Date. |
| Mark Smith | ███████ | 140 | 7/11/2025 | 45 | The Proof of Interest was filed after the Bar Date. |
| Ingming Jeng | ███████ | 141 | 7/15/2025 | 15 | The Proof of Interest was filed after the Bar Date. |
|  |  | 142 | 7/15/2025 | 5457 |  |
|  |  | 143 | 7/15/2025 | 551 |  |
|  |  | 144 | 7/15/2025 | 5115 |  |
|  |  | 145 | 7/15/2025 | 13252/5115 |  |
| Margaret Cliary | ███████ | 146 | 8/4/2025 | 15 | The Proof of Interest was filed after the Bar Date. |

**<u>EXHIBIT 3</u>**

**(Interests With Insufficient Documentation)**

| Proof of Interest Holder Name | Proof of Interest Holder Address & Email | Proof of Interest No. | Filing Date | Number of Shares Asserted | Reason(s) for Deficiency |
|---|---|---|---|---|---|
| Timothy Daniel ODonnell | | 2 | 5/12/2025 | 48,900 | No documentation showing current ownership of shares submitted. |
| Todd W. Frederick | | 3 | 5/13/2025 | 298,889 | No documentation showing current ownership of shares submitted. |
| Randall G. Strother | | 4 | 5/13/2025 | 166 | 2025 W-9 not provided. Documentation showing current ownerhsip of the asserted shares insufficient because the submitted 2024 Tax Reporting Statement does not reference MabVax shares. |
| Bryan Seifried | | 5 | 5/14/2025 | 2,800 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. No documentation showing current ownership of shares submitted. |
| Eric Albrecht | | 8 | 5/14/2025 | 942 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Charles Michael Gundlach | | 9 | 5/14/2025 | 300 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Deoraj Ramcherita | | 10 | 5/14/2025 | 466 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |

| Wajeeh Bajwa | ████ | 11 | 5/14/2025 | 500 | 2025 W-9 not provided. Documentation showing current ownership of the asserted shares insufficient because docs show ownership as of 01/31/23. |
|---|---|---|---|---|---|
| Richard A Lindar | ████ | 12 | 5/14/2025 | 13,288 | 2025 W-9 not provided. |
| Adrienne Brott | ████ | 13 | 5/14/2025 | 600 | 2025 W-9 not provided. |
| Robert Diab | ████ | 14 | 5/14/2025 | 18 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Beau Clavijo | ████ | 15 | 5/14/2025 | 11,000 | 2025 W-9 not provided. |
| Michael White | ████ | 16 | 5/16/2025 | 150 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Laurie Lynn Phillips | ████ | 17 | 5/16/2025 | 50 | 2025 W-9 not provided. |
| Robert Paul Phillips & Laura Lynn Phillips | ████ | 18 | 5/16/2025 | 22 | 2025 W-9 not provided. |
| Barry Fine | ████ | 19 | 5/18/2025 | 421 | 2025 W-9 not provided. |

| | | | | | |
|---|---|---|---|---|---|
| William Dittrich | | 20 | 5/19/2025 | 36 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Nina Page | | 21 | 5/19/2025 | 5 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Christopher Hambacher | | 22 | 5/19/2025 | 10 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Scott Nover | | 23 | 5/19/2025 | 13 | 2025 W-9 not provided. |
| Niklos Weber | | 24 | 5/20/2025 | 1 | No documentation showing current ownership of shares submitted. |
| J.B. & Peggy Hicks | | 25 | 5/20/2025 | 19 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| William M Pascucci | | 26 | 5/20/2025 | 135 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Louis H. Fourie | | 28 | 5/21/2025 | 10,000 | 2025 W-9 not provided. Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted Fidelity statement only shows acquisition date in 2017 but does not show the holder still owns the shares as of the Record Date and (ii) the number of shares asserted does not match the Debtor's books and records.  No documentation showing current ownership of the shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Dirk Neyhart | | 29 | 5/21/2025 | 4 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Mark Wise | | 30 | 5/21/2025 | 4,000 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Wendy Chi | | 31 | 5/21/2025 | 135 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Karl Schwartz | | 32 | 5/22/2025 | 400 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Bo Young Jun Trustee FBO Jun Dental Prac Ret Pl FBO Young Jun U-A 01-01-2002 | | 34 | 5/15/2025 | 5,624 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Bo Young Jun Trustee FBO Bo Jun Dental Practice Ret Plan U-A 01-01-2002 | | 35 | 5/15/2025 | 7,550 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Bo Young Jun Trustee FBO Bo Jun Dental Prac Ret Pl Tr FBO U-A 12-12-2011 | | 36 | 5/15/2025 | 18,400 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Bo Jun Dental Pr. Re. Pl. Trust | | 37 | 5/15/2025 | 113,928 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |

| Bo Y Jun & Joo-Won Kang Jt Ten | | 38 | 5/15/2025 | 1,183 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
|---|---|---|---|---|---|
| Julie Zhang | | 39 | 5/23/2025 | 5,152 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Margaret Beechler & Uri Elias JTWROS | | 40 | 5/23/2025 | 90 | 2025 W-9 not provided. |
| Edward L Clark | | 41 | 5/23/2025 | 166 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Judith L Treadway | | 43 | 5/24/2025 | 66 | No documentation showing current ownership of shares submitted. |
| Marty Kellogg | | 44 | 5/27/2025 | 5,320 | 2025 W-9 not provided. |
| Dan Ritacca | | 45 | 5/27/2025 | 140,894 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Stan Spackeen | | 46 | 5/27/2025 | 236 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Gino Ferretti | | 47 | 5/27/2025 | 563 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Anwar Ideis and Darla S. Ideis | ███████ | 49 | 5/27/2025 | 7,000 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Donna Harris | ███████ | 50 | 5/27/2025 | 3,742 | 2025 W-9 not provided.   Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted confirmation  summary report was dated in 2017 and does not reflect that the holder still owns such shares as of the Record Date and (ii) the number of shares asserted does not match the Debtor's record. |
| Michael P. Walsh | ███████ | 51 | 5/27/2025 | 275 | 2025 W-9 not provided. |
| Paresh M Shah | ███████ | 53 | 5/27/2025 | 34 | 2025 W-9 not provided. |
| Steven Craig Miller | ███████ | 54 | 5/27/2025 | 666 | 2025 W-9 not provided. |
| Paul M Gibbs | ███████ | 55 | 5/27/2025 | 1,000 | 2025 W-9 not provided.  Documentation showing current ownership of the asserted shares insufficient because the submitted brokerage statement shows the shares were sold/disposed on 02/03/2021. |
| Choll K Jun and Young A Jun, TTEE Jun Family Trust | ███████ | 56 | 5/28/2025 | 272 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |

| Paul Martin | | 57 | 5/28/2025 | 294 | Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement only shows the shares were acquired as of 11/30/16, but does not show the holder still owns such shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. No documentation showing current ownership of shares submitted. |
|---|---|---|---|---|---|
| Robert Koziol | | 58 | 5/28/2025 | 3,061 | 2025 W-9 not provided. |
| Chamberlain Lau | | 65 | 5/30/2025 | 708 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Rashid Ghani & Gloria A.M Rashid Ghani | | 69 | 6/3/2025 | 250 | No documentation showing current ownership of shares submitted. |
| Mark A. Baldinger | | 70 | 6/3/2025 | 3,712 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Mark A Baldinger | | 71 | 6/3/2025 | 250 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Gerald E Lakeman IRA Rollover TD Ameritrade Clearing Custodian | | 72 | 6/3/2025 | 45 | No documentation showing current ownership of shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Leonard Erlanger | | 73 | 6/3/2025 | 12,809 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. No documentation showing current ownership of shares submitted. |
| Alexander Nicas | | 74 | 6/4/2025 | 22,678 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Robert Callaway | | 75 | 6/4/2025 | 22 | No documentation showing current ownership of shares submitted. |
| Frank Yates Jr. in care of RBC acct # 316-63675 | | 76 | 6/5/2025 | 68,337 | Documentation showing current ownership of the asserted shares insufficient because the submitted documentation is illegible. |
| Joel H. Baer | | 77 | 6/5/2025 | 833 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Richard Horwitch, Rachel P Horwitch, Tod David S Horwitch & Mark H Horwitch | | 78 | 6/6/2025 | 34 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Rachel P Horwitch | | 79 | 6/6/2025 | 45 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Richard Skwira Jr | ██████████ | 80 | 6/9/2025 | 2,000 | Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement only shows the shares were acquired as of 02/28/17, but does not show the holder still owns such shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. No documentation showing current ownership of shares submitted. |
| Gregory J. Farris | ██████████ | 83 | 6/9/2025 | 279 | No documentation showing current ownership of shares submitted. |
| Robert Stoppacher | ██████████ | 84 | 6/9/2025 | 9,743 | No documentation showing current ownership of shares submitted. |
| Nancy Ma | ██████████ | 85 | 6/10/2025 | 45 | No documentation showing current ownership of shares submitted. |
| Mark A. Baldinger | ██████████ | 87 | 6/10/2025 | 250 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Mark A. Baldinger | ██████████ | 88 | 6/10/2025 | 3,712 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Samir Shah | ██████████ | 89 | 6/11/2025 | 166 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Kathleen Guindon | ██████████ | 92 | 6/12/2025 | 16 | No documentation showing current ownership of shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Jason Haelewyn | | 93 | 6/13/2025 | 3,333 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Liping Zhang | | 94 | 6/16/2025 | 1 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Peggy Louise Henderson IRA Rollover | | 95 | 6/16/2025 | 2,000 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Larry Fujara | | 99 | 6/23/2025 | 333 | No documentation showing current ownership of shares submitted. |
| Llewellyn H. Manson & Anna T. Mason | | 100 | 6/23/2025 | 245 | No documentation showing current ownership of shares submitted. |
| Robert M Powers | | 102 | 6/23/2025 | 53 | No documentation showing ownership of shares as of the Record Date. |
| Liliana Amatore IRA (Charles Schwab Custodian) | | 103 | 6/24/2025 | 52,546 | No documentation showing current ownership of shares submitted. |
| Richard Lee Dibble | | 104 | 6/24/2025 | 2,666 | No documentation showing current ownership of shares submitted. |
| Rita E Cura | | 109 | 6/27/2025 | 333 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Benjamin Fleck | | 111 | 6/30/2025 | 1,000 | 2025 W-9 not provided. Documentation showing current ownership of the asserted shares insufficient because the submitted statement shows current holding of only 1 share (as opposed to the asserted 1,000 shares). |
| Qin Hua Liu | | 112 | 6/30/2025 | 933 | 2025 W-9 not provided |
| James D Smith | | 117 | 7/1/2025 | 666 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Ronald Kolber | | 123 | 7/3/2025 | 34,510 | No documentation showing current ownership of shares submitted. |
| James Q Moretti | | 125 | 7/7/2025 | 166 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Stuart Garb | | 126 | 7/7/2025 | 11 | 2025 W-9 not provided. |
| Alex K Leung Roth IRA | | 128 | 7/7/2025 | 4,480 | Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement does not show the holder still owns the asserted shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. No documentation showing current ownership of shares submitted. |

| | | | | | |
|---|---|---|---|---|---|
| Paul & Arlynn Feldman | ██████████ | 129 | 7/7/2025 | 366 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. No documentation showing current ownership of shares submitted. |
| John E Camps | ██████████ | 130 | 7/7/2025 | 33 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Paul C Jacobs | ██████████ | 131 | 7/7/2025 | 135 | No documentation showing current ownership of shares submitted. |
| Paul C Jacobs | ██████████ | 132 | 7/7/2025 | 146 | No documentation showing current ownership of shares submitted. |
| PCJ Endeavors LLC | ██████████ | 134 | 7/7/2025 | 67 | No documentation showing current ownership of shares submitted. |
| Martin Cummins | ██████████ | 135 | 7/7/2025 | 1,666 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. No documentation showing current ownership of shares submitted. |
| Joseph Robb | ██████████ | 136 | 7/7/2025 | 5,000 | 2025 W-9 not provided. |
| Jennie Robb | ██████████ | 137 | 7/7/2025 | 5,000 | 2025 W-9 not provided. |

| Carolyn Foss | | 138 | 7/7/2025 | 500 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
|---|---|---|---|---|---|
| Margaret Cliary | | 146 | 8/4/2025 | 15 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. No documentation showing current ownership of shares submitted. |