# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) Case No. 19-10603 (LSS) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) **Re: D.I. 676** |

## CERTIFCATE OF SERVICE

I, Zhao Liu, hereby certify that on August 5, 2025, I caused a copy of the *Plan Administrator's Omnibus (Non-substantive) Objections to Proofs of Interest* [D.I.676; filed on 8/5/2025] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's electronic system, via first class mail upon the parties listed on **Exhibit A** attached hereto, and via email upon the parties listed on **Exhibit B** attached hereto.

Dated: August 5, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
liu@teamrosner.com

*Counsel to the Plan Administrator*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AR 72031 c/o David Hansen.

1