# Exhibit A

| | | |
|---|---|---|
| Randall G. Strother | Michael White | Louis H Fourie |
| Bryan Seifried | Laurie Lynn Phillips | Richard Lee Dibble |
| Llewellyn H. Manson & Anna T. Mason | Robert Paul Phillips & Laura Lynn Phillips | Wendy Chi |
| Eric Albrecht | Barry Fine | Karl Schwartz |
| Deoraj Ramcherita | William Dittrich | Bo Young Jun Trustee FBO Jun Dental Prac Ret Pl FBO Young Jun U-A 01-01-2002 |
| Wajeeh Bajwa | Nina Page | Ronald Kolber |
| Richard A Lindar | Christopher Hambacher | Bo Young Jun Trustee FBO Bo Jun Dental Prac Ret Pl Tr FBO U-A 12-12-2011 |
| Adrienne Brott* | Scott Nover | Bo Jun Dental Pr. Re. Pl. Trust |
| Robert Diab | J.B. & Peggy Hicks | Bo Y Jun & Joo-Won Kang Jt Ten |
| Beau Clavijo | William M Pascucci | Julie Zhang |

| | | |
|---|---|---|
| Margaret Beechler & Uri Elias JTWROS | Steven Craig Miller | Frank Yates Jr. in care of RBC acct # 316-63675 |
| Edward L Clark | Paul M Gibbs | Joel H. Baer |
| Liliana Amatore IRA (Charles Schwab Custodian) | Choll K Jun and Young A Jun, TTEE Jun Family Trust | Richard Horwitch, Rachel P Horwitch, Tod David S Horwitch & Mark H Horwitch |
| Dan Ritacca | Robert Koziol | Rachel P Horwitch |
| Stan Spackeen | Chamberlain Lau | Richard Skwira Jr |
| Gino Ferretti | Marty Kellogg | Gregory J. Farris |
| Anwar Ideis and Darla S. Ideis | Mark Baldinger | Lawrence Chiarello |
| Donna Harris | James D Smith | Mark Smith |
| Michael P. Walsh | Leonard Erlinger | Samir Shah |
| Paresh M Shah | Alexander Nicas | Jason Haelewyn |

| | | |
|---|---|---|
| Liping Zhang | Margaret Cliary | Bryce Huff |
| Peggy Louise Henderson IRA Rollover | John E Camps | Charles Michael Gundlach |
| Robert M Powers | PCJ Endeavors LLC Paul Jacobs | Niklos Weber |
| Rita E Cura | Martin Cummins | Dirk Neyhart |
| Benjamin Fleck | Joseph Robb | Mark Wise |
| Qin Hua Liu | Jennie Robb | Judith L Treadway |
| James Q Moretti | Carolyn Foss | Paul Martin |
| Ingming Jeng | Paul & Arlynn Feldman | David L. Malone Jr. |
| Stuart Garb | Timothy Daniel Odonnell | Rashid Ghani & Gloria A.M Rashid Ghani |
| Alex K Leung Roth IRA | Todd W. Frederick | Gerald E Lakeman IRA Rollover TD Ameritrade Clearing Custodian |

Robert Callaway
[redacted]

Robert Stoppacher
[redacted]

Nancy Ma
[redacted]

Kathleen Guindon
[redacted]

Larry Fujara
[redacted]

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801