# Exhibit B

## Claims Register
as of 8/5/2025

| Claim Number | Holder Name | Holder Email |
|---|---|---|
| 2 | Timothy Daniel ODonnell | |
| 3 | Todd W. Frederick | |
| 4 | Randall G. Strother | |
| 5 | Bryan Seifried | |
| 6 | Karl Schwartz | |
| 8 | Eric Albrecht | |
| 9 | Charles Michael Gundlach | |
| 10 | Deoraj Ramcherita | |
| 11 | Wajeeh Bajwa | |
| 12 | Richard A Lindar | |
| 13 | Adrienne Brott* | |
| 14 | Robert Diab | |
| 16 | Michael White | |
| 17 | Laurie Lynn Phillips | |
| 18 | Robert Paul Phillips & Laura | |
| 19 | Barry Fine | |
| 20 | William Dittrich | |
| 21 | Nina Page | |
| 22 | Christopher Hambacher | |
| 23 | Scott Nover | |
| 24 | Niklos Weber | |
| 25 | J.B. & Peggy Hicks | |
| 26 | William M Pascucci | |
| 27 | Louis H Fourie | |


STRETTO

# Claims Register
as of 8/5/2025

| Claim Number | Holder Name | Holder Email |
|---|---|---|
| 28 | Louis H. Fourie | |
| 29 | Dirk Neyhart | |
| 30 | Mark Wise | |
| 32 | Karl Schwartz | |
| 34 | Bo Young Jun Trustee FBO Jun Dental Prac Ret Pl FBO Young Jun U-A 01-01-2002 | |
| 35 | Bo Young Jun Trustee FBO Bo Jun Dental Practice Ret Plan U-A 01-01-2002 | |
| 36 | Bo Young Jun Trustee FBO Bo Jun Dental Prac Ret Pl Tr FBO U-A 12-12-2011 | |
| 37 | Bo Jun Dental Pr. Re. Pl. Trust | |
| 38 | Bo Y Jun & Joo-Won Kang Jt Ten | |
| 39 | Julie Zhang | |
| 40 | Margaret Beechler & Uri Elias JTWROS | |
| 41 | Edward L Clark | |
| 43 | Judith L Treadway | |
| 44 | Marty Kellogg | |
| 46 | Stan Spackeen | |



## Claims Register
### as of 8/5/2025

| Claim Number | Holder Name | Holder Email |
|---|---|---|
| 47 | Gino Ferretti | |
| 49 | Anwar Ideis and Darla S. Ideis | |
| 50 | Donna Harris | |
| 51 | Michael P. Walsh | |
| 53 | Paresh M Shah | |
| 54 | Steven Craig Miller | |
| 55 | Paul M Gibbs | |
| 56 | Choll K Jun and Young A | |
| 57 | Paul Martin | |
| 58 | Robert Koziol | |
| 60 | John David Hansen | |
| 65 | Chamberlain Lau | |
| 66 | Leonard Erlanger | |
| 69 | Rashid Ghani & Gloria A.M Rashid Ghani | |
| 70 | Mark Baldinger | |
| 72 | Gerald E Lakeman IRA Rollover TD Ameritrade Clearing Custodian | |
| 73 | Leonard Erlinge (Corrected to Erlanger) | |
| 74 | Alexander Nicas | |
| 75 | Robert Callaway | |
| 76 | Frank Yates Jr. in care of RBC acct # 316-63675 | |



STRETTO

## Claims Register
### as of 8/5/2025

| Claim Number | Holder Name | Holder Email |
|---|---|---|
| 77 | Joel H. Baer | |
| 78 | Richard Horwitch, Rachel P Horwitch, Tod David S Horwitch & Mark H Horwitch | |
| 79 | Rachel P Horwitch | |
| 80 | Richard Skwira Jr | |
| 83 | Gregory J. Farris | |
| 84 | Robert Stoppacher | |
| 85 | Nancy Ma | |
| 87 | Mark A. Baldinger | |
| 88 | Mark Baldinger | |
| 89 | Samir Shah | |
| 92 | Kathleen Guindon | |
| 93 | Jason Haelewyn | |
| 94 | Liping Zhang | |
| 95 | Peggy Louise Henderson IRA Rollover | |
| 99 | Larry Fujara | |
| 100 | Llewellyn H. Manson & Anna T. Mason | |
| 102 | Robert M Powers | |
| 103 | Liliana Amatore IRA (Charles Schwab Custodian) | |
| 104 | Richard Lee Dibble | |



STRETTO

# Claims Register
as of 8/5/2025



| Claim Number | Holder Name | Holder Email |
|---|---|---|
| 109 | Rita E Cura | |
| 111 | Benjamin Fleck | |
| 112 | Qin Hua Liu | |
| 117 | James D Smith | |
| 119 | Ronald Kolber | |
| 126 | Stuart Garb | |
| 128 | Alex K Leung Roth IRA | |
| 129 | Paul & Arlynn Feldman | |
| 130 | John E Camps | |
| 131 | Paul C Jacobs | |
| 134 | PCJ Endeavors LLC | |
| 135 | Martin Cummins | |
| 136 | Joseph Robb | |
| 137 | Jennie Robb | |
| 138 | Carolyn Foss | |
| 140 | Mark Smith | |
| 141 | Ingming Jeng | |
| 146 | Margaret Cliary | |
| UST | Jane M. Leamy | jane.m.leamy@usdoj.gov |



STRETTO