**William M Pascucci**
665 St. Davids Lane
Niskayuna, New York 12309
Email: wpascuccicpa@gmail.com
Phone: 518-858-1070



August 6, 2025

**Clerk of the United States Bankruptcy Court District of Delaware**
J. David Hansen, Plan Administrator
824 N. Market Street, 3rd floor
Wilmington, Delaware 19801

### RE: Protest of Proof of Claim Denial — Mabvax Therapeutics Holdings, Inc. – Case No. 19-10603 (LSS)

Dear Claims Administrator,

I am writing to formally protest the denial of my claim related to my investment in Mabvax Therapeutics Holdings, Inc., as referenced in your recent correspondence dated August 5, 2025.

Per court instructions, I am resubmitting a signed Form W-9, and E*TRADE brokerage statement supporting my ownership of the stock on the Point of Ownership (POI) date of March 20, 2020. All materials were previously sent through the claim's portal on May 20, 2025. Therefore, I was surprised and disappointed to receive notice that my documentation was not received, and that my claim has been denied on the basis that no broker statements and W-9 were attached.

I respectfully dispute this decision and request a thorough review of my claim submission. I am re-attaching my broker statement(s) showing ownership of the shares as of the required POI date, as well as the original documents previously submitted, including:

- Proof of Claim form, originally filed May 20,02025
- Broker statement(s) reflecting ownership.
- Signed W-9 form.

If there is any additional documentation or clarification required to complete my claim, I am happy to provide it promptly. I kindly ask that you reconsider the denial and confirm receipt of the enclosed materials.

Thank you for your attention to this matter. Please acknowledge receipt of this protest and the attached documents at your earliest convenience.

*[signature]*

Sincerely,
William M. Pascucci

Copy sent to Counsel to the Plan Administrator:

**Frederick B. Rosner**
**The Rosner Law Group LLC**
824 N. Market Street, Suite 810
Wilmington, DE 19801



| Name | Address | # | Date | Shares | Notes |
|---|---|---|---|---|---|
| William Dittrich | 755 Rennie Lake Road, Traverse City, MI 49696, williamdittrich@gmail.com | 20 | 5/19/2025 | 36 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Nina Page | 7896 Surrey Dr, Romulus, MI 48174, ninapage@hotmail.com | 21 | 5/19/2025 | 5 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Christopher Hambacher | 3340 N Camino De Piedras, Tucson, AZ 85750, chrishambacher@gmail.com | 22 | 5/19/2025 | 10 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Scott Nover | 520 John Carlyle St, Unit 301, Alexandria, VA 22314, sgnover@gmail.com | 23 | 5/19/2025 | 13 | 2025 W-9 not provided. |
| Niklos Weber | 6273 Hartnell Ct, Magalia, CA 95954, nikweber@comcast.net | 24 | 5/20/2025 | 1 | No documentation showing current ownership of shares submitted. |
| J.B. & Peggy Hicks | 103 Lewell St, Dalton, GA 30720, jbhicks@dalton.net | 25 | 5/20/2025 | 19 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| William M Pascucci | 665 St Davids Lane, Niskayuna, NY 12309, wpascuccicpa@gmail.com | 26 | 5/20/2025 | 135 | 2025 W-9 not provided. No documentation showing current ownership of shares submitted. |
| Louis H. Fourie | 127 W Main Street, Apt 203, Washington, NC 27889, louisfou@att.net | 28 | 5/21/2025 | 10,000 | 2025 W-9 not provided. Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted Fidelity statement only shows acquisition date in 2017 but does not show the holder still owns the shares as of the Record Date and (ii) the number of shares asserted does not match the Debtor's books and records. No documentation showing current ownership of the shares submitted. |

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **MabVax Therapeutics Holdings, Inc.** | Case Number: 19-10603 (LSS) | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

WILLIAM M PASCUCCI
665 ST DAVIDS LANE
NISKAYUNA, NEW YORK 12309

Please note that the address provided in Item 1 will be used to send a distribution check if the Proof of Interest is allowed.
Telephone Number: 518-858-1070
Email Address: WPASCUCCICPA@GMAIL.COM

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or Stretto in this case.

☐ Check box if this address differs from the address on the envelope sent to you by Stretto.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. This form should only be used to assert an Equity Interest in the Debtor as of March 20, 2020 (the "Record Date"). For purposes of filing a Proof of Interest, the holder of an Equity Interest is the holder of shares of common stock, a nominee holding common stock for the benefit of an undisclosed beneficial owner, or the holder of Preferred Stock that has not previously converted such Preferred Stock into common stock on or prior to the Record Date.

**COURT USE ONLY**

Account or other number by which Interestholder identifies Debtor:
55414P702

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ETRADE – HELD IN 401K A/C 120246020
Telephone Number: 800-503-9260

**3. Date Equity Interest was acquired:**
BEFORE 2018

**4. Total number of shares held as of Record Date:** 135

**5. Certificate/Account number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold: (Common or Preferred Shares or Nominee for **undisclosed beneficial owner**)
☒ Check this box if your Equity Interest is based on common stock held in the Debtor as of the Record Date.
☐ Check this box if your Equity Interest is based on preferred stock held in the Debtor as of the Record Date. By checking this box, you are affirming that you did not convert any of the asserted preferred shares held into common stock on or before the Record Date.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

**7. Supporting Documents (At least one is required):** Attach copies of supporting documents, such as proof of ownership, stock certificates, stock purchase agreements, brokerage statements, transfer agent statements, W-4 filings or other Federal filing documents.
DO NOT SEND ORIGINAL DOCUMENTS. Send copies only. YOU MUST ATTACH APPLICABLE TAX FORM (I.E., W-9 FORM)

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

This completed Proof of Interest form must be sent by mail or hand delivered (with the exception of a submission made directly through the Claims Agent at https://cases.stretto.com/Mabvax, electronic submission is not accepted) so that it is **actually received on or before 5:00 p.m., prevailing Eastern Standard Time, on July 7, 2025** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

| BY MAIL, HAND OR OVERNIGHT DELIVERY TO: | FOR MORE INFORMATION OR TO FILE ELECTRONICALLY, VISIT: |
|---|---|
| MabVax Therapeutics Holdings, Inc.<br>Proof of Interest Processing, c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | https://cases.stretto.com/MabVax |

**9. Signature:**
Check the appropriate box.
☒ I am the security holder
☐ I am the security holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the security holder's authorized agent. (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William M Pascucci
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
~~665 ST DAVIDS LANE~~
~~NISKAYUNA, NEW YORK 12309~~

Signed by: *William M Pascucci* (Signature)    Date: 5/20/2025

Telephone number: 518-858-1070    email: WPASCUCCICPA@GMAIL.COM

*Penalty for presenting fraudulent proof of interest is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

I have supporting documentation to upload.

{00040989.}



PAGE 1 OF 8

March 1, 2020 - March 31, 2020
Account Number:   3439-8779
Account Type:     INDIVIDUAL 401(K)

**Customer Update:**

Tax questions? No problem.
Get helpful tips, tools, and key dates in the Tax Center.
Visit *etrade.com/tax* today.

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

E*TRADE Securities
Individual 401(K) Account

**IMPORTANT INFORMATION:**
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless*.

WILLIAM M PASCUCCI
INDIVIDUAL 401(K) ETRADE CUST
665 ST DAVIDS LANE
NISKAYUNA NY 12309-4926

## Account At A Glance

$103,969.86  
As of 02/29/20

$91,671.19  
As of 03/31/20

**Net Change:**                                 $-12,298.67

---

▲ DETACH HERE                                                                                         DETACH HERE ▲

WILLIAM M PASCUCCI
INDIVIDUAL 401(K) ETRADE CUST
665 ST DAVIDS LANE
NISKAYUNA NY 12309-4926

**Use This Deposit Slip**       **Acct: 3439-8779**

To contribute to your account, please use our online Transfer Money service at www.etrade.com/transfermoney or use this deposit slip.

Make checks payable to E*TRADE Securities LLC

Check Amount $ _____

Year of Contribution:
_____ 2020
_____ 2019
_____ Rollover

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

033120200001  888343987796



**E*TRADE Securities**
**Individual 401(K) Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU. In case of errors or questions about your electronic transfers please telephone us at 800-ETRADE-1 immediately or write us at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact us, you must:
1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you. Inquiries concerning the positions and balances in your account may be directed to ETS at 800-503-9260. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to ETS at 800-503-9260. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to redassification, such redassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ('SIPC'). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETS has been secured through an independent insurer. More information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders and whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of (1) the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses, or (2) the amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: www.etrade.com/cashbalance, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For detailed information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place following the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 06/19

# E✱TRADE

E✱TRADE Securities
Individual 401(K) Account



Account Number: 3439-8779    Statement Period: March 1, 2020 - March 31, 2020    Account Type: INDIVIDUAL 401(K)

**Customer Update:**
Visit the E✱TRADE Tax Center to access tax forms, plus tips and tools to help with your tax preparation. Visit etrade.com/tax today.

## ACCOUNT OVERVIEW

Last Statement Date:    February 29, 2020

| | | |
|---|---|---|
| Beginning Account Value (On 02/29/20): | $ | 103,969.86 |
| Ending Account Value (On 03/31/20): | $ | 91,671.19 |
| Net Change: | $ | -12,298.67 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 03/31/20)



17.17% - Mutual Funds
51.66% - Stocks, Options & ETF (Long)
31.17% - Cash & Equivalents

## RETIREMENT ACTIVITY SUMMARY

|  THIS PERIOD | YEAR TO DATE |
|---|---|

**NO RETIREMENT ACTIVITY THIS PERIOD**

## ACCOUNT VALUE SUMMARY

| | AS OF 03/31/20 | AS OF 02/29/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 28,576.05 | $ 19,794.06 | 44.37% |
| Total Cash/Margin Debt | $ 28,576.05 | $ 19,794.06 | 44.37% |
| Stocks, Options & ETF (Long) | $ 47,355.18 | $ 66,789.44 | -29.10% |
| Mutual Funds | $ 15,739.96 | $ 17,386.36 | -9.47% |
| Total Value of Securities | $ 63,095.14 | $ 84,175.80 | -25.04% |
| **Net Account Value** | **$ 91,671.19** | **$ 103,969.86** | **-11.83%** |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✱TRADE

**E✱TRADE Securities**
Individual 401(K) Account



Account Number: 3439-8779

Statement Period: March 1, 2020 - March 31, 2020

Account Type: INDIVIDUAL 401(K)

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -10,090.00 |
| Securities Sold | $ 8,781.78 | $ 8,781.78 |
| **Interest Received** | | |
| Tax Exempt | $ 0.21 | $ 0.71 |
| **Dividends Received** | | |
| Tax Exempt | $ 147.22 | $ 271.96 |

Refer to the Retirement Activity Summary section on page 3 for a summary of your retirement account transactions.

## TOP 10 ACCOUNT HOLDINGS (AS OF 03/31/20)



- 1.31% - OTHER
- 3.26% - JAGLX
- 5.76% - FSCSX
- 6.06% - AIG
- 8.16% - PRGTX
- 8.48% - OPK
- 14.49% - SMG
- 21.31% - LOW
- 31.17% - CASH EQUIV

# E*TRADE

**E*TRADE Securities**
Individual 401(K) Account



Account Number: 3439-8779

Statement Period: March 1, 2020 - March 31, 2020

Account Type: INDIVIDUAL 401(K)

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (31.17% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Retirement Sweep Deposit Account Program** | | |
| Opening Balance | | 19,794.06 |
| Closing Balance | 31.17 | 28,576.05 |
| Average Balance | | 27,109.53 |
| **Retirement Sweep Deposit Account Program Balance by Bank as of March 31, 2020** | | |
| ETRADE BANK | | 28,576.05 |

The E*TRADE Financial Retirement Sweep Deposit Account Program ( RSDA Program ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | 31.17% | $28,576.05 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (51.66% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP INC | AIG | Cash | 229.0418 | 24.2500 | 5,554.27 | 6.06 | 293.00 | 5.28% |
| AVEO PHARMACEUTICALS INC COMMON STOCK | AVEO | Cash | 255 | 3.6200 | 923.10 | 1.01 | | |
| FLOTEK INDUSTRIES INC | FTK | Cash | 300 | 0.8900 | 267.00 | 0.29 | | |
| LOWES COMPANIES INC | LOW | Cash | 227.0517 | 86.0500 | 19,537.80 | 21.31 | 500.00 | 2.56% |
| MABVAX THERAPEUTICS HOLDINGS INC COMMON STOCK | 55414P702 | Cash | 135 | 0.0230 | 3.11 | 0.00 | | |
| OPKO HEALTH INC | OPK | Cash | 5,800 | 1.3400 | 7,772.00 | 8.48 | | |
| ***SCHLUMBERGER LTD | SLB | Cash | 0.8762 | 13.4900 | 11.82 | 0.01 | 2.00 | 16.92% |
| SCOTTS MIRACLE GRO CO | SMG | Cash | 129.7468 | 102.4000 | 13,286.08 | 14.49 | 301.00 | 2.27% |
| SELECT SECTOR SPDR TRUST SHS BEN INT ENERGY | XLE | Cash | 29.0600 | | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$47,355.18** | **51.66%** | **$1,096.00** | **2.31%** |

# E✲TRADE

### E✲TRADE Securities
### Individual 401(K) Account



Account Number: 3439-8779   Statement Period: March 1, 2020 - March 31, 2020   Account Type: INDIVIDUAL 401(K)

## MUTUAL FUNDS (17.17% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| **FIDELITY SELECT SOFTWARE & IT SERVICES PORTFOLIO | FSCSX | Cash | 296.568 | 17.7900 | 5,275.94 | 5.76 | 13.00 |
| **JANUS INVSTMNT FD HENDERSON GLOBAL LIFE SCIENCES FD CL T | JAGLX | Cash | 56.701 | 52.6900 | 2,987.58 | 3.26 | 25.00 |
| **T ROWE PRICE GLOBAL TECHNOLOGY FD INC | PRGTX | Cash | 501.102 | 14.9200 | 7,476.44 | 8.16 | |
| TOTAL MUTUAL FUNDS | | | | | $15,739.96 | 17.17% | $38.00 |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 03/31/20) | $91,671.19 |
|---|---|
| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | $1,134.00 |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 02/28/20 10:38 | 03/03/20 | SELECT SECTOR SPDR TRUST SHS BEN INT ENERGY | XLE | Sold | -200 | 43.9100 | | 8,781.78 |
| TOTAL SECURITIES ACTIVITY | | | | | | | | $8,781.78 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 03/10/20 | Dividend | SCOTTS MIRACLE GRO CO CASH DIV ON 129.08418 SHS REC 02/25/20 PAY 03/10/20 | SMG | | 74.87 |
| 03/26/20 | Interest | E*TRADE SAVINGS BANK RSDA INTEREST | | | 0.21 |
| 03/30/20 | Dividend | AMERICAN INTERNATIONAL GROUP INC CASH DIV ON 226.09079 SHS REC 03/16/20 PAY 03/30/20 | AIG | | 72.35 |

# E*TRADE

**E*TRADE Securities**
**Individual 401(K) Account**



Account Number: 3439-8779  Statement Period: March 1, 2020 - March 31, 2020  Account Type: INDIVIDUAL 401(K)

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | | | $147.43 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | | | $147.43 |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 03/10/20 | SCOTTS MIRACLE GRO CO REIN @ 112.9790 REC 02/25/20 PAY 03/10/20 | SMG | Div Reinvest | 0.6626 | | 74.87 | |
| 03/30/20 | AMERICAN INTERNATIONAL GROUP INC REIN @ 24.5164 REC 03/16/20 PAY 03/30/20 | AIG | Div Reinvest | 2.951 | | 72.35 | |
| **TOTAL OTHER ACTIVITY** | | | | | | $147.22 | |
| **NET OTHER ACTIVITY** | | | | | | $147.22 | |

**RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY** ( 0.0100% APY/0.0100%APY Earned as of 03/31/20)

The E*TRADE Financial Retirement Sweep Deposit Account Program ( RSDA Program ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 03/01/20 | | **OPENING BALANCE** | $19,794.06 |
| 03/03/20 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 8,781.78 |
| 03/10/20 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 74.87 |
| 03/11/20 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -74.87 |
| 03/26/20 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 0.21 |
| 03/30/20 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 72.35 |
| 03/31/20 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -72.35 |
| 03/31/20 | | **CLOSING BALANCE** | $28,576.05 |

**E✳TRADE** 

THIS PAGE INTENTIONALLY LEFT BLANK

# Form W-9
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Go to www.irs.gov/FormW9 for instructions and the latest information.

**Give form to the requester. Do not send to the IRS.**

Before you begin. For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**1** Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)
WILLIIAM M PASCUCCI

**2** Business name/disregarded entity name, if different from above.

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only one of the following seven boxes.

- [x] Individual/sole proprietor
- [ ] C corporation
- [ ] S corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . .
  Note: Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.
- [ ] Other (see instructions)

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)

(Applies to accounts maintained outside the United States.)

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . □

**5** Address (number, street, and apt. or suite no.). See instructions.
665 ST DAVIDS LANE

**6** City, state, and ZIP code
NISKAYUANA, NEW YORK 12309

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: 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

Employer identification number: 

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** — Signature of U.S. person: *[signed]*   Date: 5/20/25

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

Cat. No. 10231X    Form **W-9** (Rev. 3-2024)

WILLIAM M. PASCUCCI
CERTIFIED PUBLIC ACCOUNTANT
665 ST. DAVIDS LANE
NISKAYUNA, NEW YORK 12309

U.S. POSTAGE PAID
FCM LG ENV
LATHAM, NY 12110
AUG 06, 2025
$2.17
S2322P501327-80

19801

Retail
RDC 99

Clerk of the United States
Bankruptcy Court
District of Delaware
J. David Hansen, Plan Admin.
824 N. Market St.
Wilmington, Delaware 19801