IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) Case No. 19-10603 (LSS) |
| Reorganized Debtors. | ) Jointly Administered |
|  | ) Re: D.I. 676 |

### NOTICE OF FILING OF REVISED ORDER GRANTING OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO PROOFS OF INTEREST

**PLEASE TAKE NOTICE** that, on August 5, 2025, J. David Hansen, as plan administrator (the "Plan Administrator") of the Post-Effective Date estates of the above-captioned debtors (together, the "Debtors"), by and through his undersigned counsel, hereby filed the *Plan Administrator's Omnibus (Non-Substantive) Objections to Proofs of Interest* [D.I. 676] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Objection attached a proposed form of order [D.I. 676-2] ("Original Order").

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a revised proposed form of order, attached hereto as **Exhibit A** ("Revised Order"), to the Omnibus Objection. A blackline version of the Revised Order marked against Original Order is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: September 2, 2025<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Zhao Liu*<br>Frederick B. Rosner, Esq. (DE 3995)<br>Zhao (Ruby) Liu (DE Bar No. 6436)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>rosner@teamrosner.com<br>liu@teamrosner.com<br><br>*Counsel to the Plan Administrator* |

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AR 72031 c/o David Hansen.

1