**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-10603 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 4, 2025 AT 11:00 A.M. (ET)**

> **The hearing will take place <u>in person</u>.**
>
> **Permission to appear remotely at an in-person hearing must be approved by chambers except those who are merely observing a hearing. Case participants who are permitted to attend remotely must register using the *eCourtAppearances* tool as described below.**
>
> **The deadline to register for remote attendance is 4:00 P.M. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. When registering, case participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **Please do not contact the United States Bankruptcy Court for the District of Delaware to confirm registration.**

**I.    MATTER GOING FORWARD:**

1. [SEALED] Plan Administrator's Omnibus (Non-Substantive) Objections to Proofs of Interest [D.I. 676; filed 8/5/2025]

    <u>Objection Deadline</u>: August 26, 2025 at 4:00 p.m. (ET)

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

Responses Received:

a. Response to Plan Administrator's Omnibus Objection to Proof of Interest by William M. Pascucci [D.I. 680; filed 8/12/2025]

b. Response to Plan Administrator's Omnibus Objection to Proof of Interest by Scott Nover [D.I. 681; filed 8/12/2025]

c. Response to Plan Administrator's Omnibus Objection to Proof of Interest by Louis H. Fourie [D.I. 682; filed 8/22/2025]

d. Response to Plan Administrator's Omnibus Objection to Proof of Interest by Barry Fine [D.I. 683; filed 8/22/2025]

e. Response to Plan Administrator's Omnibus Objection to Proof of Interest by Todd W. Frederick [D.I. 684; filed 8/22/2025]

f. Response to Plan Administrator's Omnibus Objection to Proof of Interest by Alex K. Leung Roth IRA [D.I. 685; filed 8/25/2025]

g. Response to Plan Administrator's Omnibus Objection to Proof of Interest by Mark Vincent Wise [D.I. 686; filed 8/25/2025]

h. Response to Plan Administrator's Omnibus Objection to Proof of Interest Dirk Neyhart [D.I. 687; filed 8/26/2025]

i. Response to Plan Administrator's Omnibus Objection to Proof of Interest Joel Baer [D.I. 688; filed 8/27/2025]

j. Informal comments from shareholders for Proofs of Interest Nos. 2, 6, 11, 12, 15, 32, 34, 35, 36, 37, 38, 43, 44, 49, 66, 73, 74, 76, 78, 79, 81, 83, 85, 95, 96, 102, 103, 104, 126 and 135.

Related Documents:

i. [REDACTED] Plan Administrator's Omnibus (Non-Substantive) Objections to Proofs of Interest [D.I. 677; filed 8/5/2025]

ii. Reply to Todd W. Frederick's Response to Plan Administrator's Omnibus Objection to Proof of Interest [D.I. 689; filed 8/27/2025]

iii. Reply to Mark Vincent Wise's Response to Plan Administrator's Omnibus Objection to Proof of Interest [D.I. 691; filed 8/29/2025]

iv. Reply to Alex K. Leung Roth IRA's Response to Plan Administrator's Omnibus Objection to Proof of Interest [D.I. 692; filed 8/29/2025]

2

      v.     [SEALED] Notice of Filing of Revised [Proposed] Order Sustaining Omnibus Objection to Proofs of Interests [D.I. 695; filed 9/2/2025]

      vi.    [REDACTED] Notice of Filing of Revised [Proposed] Order Sustaining Omnibus Objection to Proofs of Interests [D.I. 696; filed 9/2/2025]

<u>Status</u>: This matter will go forward with respect to objection items (e), (f), (g) and (j), which remain unsolved. With respect to item (j), all informal comments have been resolved except for Proof of Interest No. 49.

Dated: September 2, 2025  
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*  
Frederick B. Rosner (DE 3995)  
Zhao (Ruby) Liu (DE 6436)  
824 N. Market Street, Suite 810  
Wilmington, Delaware 19801  
Tel:   (302) 777-1111  
Email: rosner@teamrosner.com  
            liu@teamrosner.com

*Counsel for the Plan Administrator*