**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 676** |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED ORDER GRANTING**
**OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO PROOFS OF INTEREST**

The undersigned hereby certifies as follows:

1.      On August 5, 2025, J. David Hansen, in his capacity as Plan Administrator (the "Plan Administrator") for the above-captioned Debtors filed the *Plan Administrator's Omnibus (Non-Substantive) Objections to Proofs of Interest* [D.I. 676] (the "Omnibus Objection").

2.      On September 4, 2025, a hearing was held on the Omnibus Objection. For reasons set forth on the record, the Court sustained in part and overruled in part the Omnibus Objection, and directed the Plan Administrator to submit a revised form of order incorporating the Court's ruling.

3.      The Plan Administrator hereby submits a revised form of proposed order, attached hereto as **Exhibit A** (the "Revised Order"), which incorporates the Court's comments. A blackline comparison of the Revised Order marked against the latest *Revised Order Granting Omnibus (Non-Substantive) Objection to Proofs of Interest* [D.I. 695-1] is attached hereto as **Exhibit B**.

**WHEREFORE**, the Plan Administrator respectfully requests the Court enter the Revised Order without further notice or hearing.  In accordance with the Court's electronic order processing

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AK 72031 c/o David Hansen.

procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

Dated:  September 18, 2025
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Zhao Liu*_____
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE # 6436)
824 N. Market Street, Suite 810
Wilmington, DE  19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com

*Counsel for the Plan Administrator*