**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (LSS) |
| Debtors. | Jointly Administered |
| | Re: D.I. 676 |

**ORDER SUSTAINING OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO PROOFS OF INTEREST**

This matter having come before the Court on the Plan Administrator's Omnibus (Non-Substantive) Objection to Proofs of Interests [D.I. 676] (the "Objection"); and the Court having reviewed the Objection and any responses thereto; and the Court having considered the Declaration of the Plan Administrator in Support of the Objection; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) notice of the Objection and the hearing thereon was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in the Objection is **GRANTED**.

2. Each proof of interests listed on **Exhibit 1** and **Exhibit 2** hereto is hereby disallowed and expunged in its entirety.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

1

3. This Order is without prejudice to the right of the Plan Administrator to further object to the Deficient POIs[2] on any basis whatsoever.

4. The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

---

[2] Undefined capitalized words shall have the meaning ascribed to them in the Objection.

**Dated: September 22nd, 2025**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2

4934-9188-8997, v. 2