# EXHIBIT 1

**(Duplicate Interests)**

| Interest Holder Name | Interest Holder Address | Disallowed Interest(s) | | | | Surviving Interest[1] | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Proof of Interest No. | Filing Date | Number of Shares Asserted | | Proof of Interest No. | Filing Date | Number of Shares Asserted | | |
| Louis H. Fourie | | 27 | 05/21/2025 | 10,000 | | 28 | 05/21/2025 | 10,000 | | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Karl Schwartz | | 32 | 05/22/2025 | 400 | | 6 | 05/14/2025 | 400 | | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 81 | 06/09/2025 | 400 | | | | | | |
| John David Hansen | | 60 | 05/28/2025 | 186,207 | | 61 | 05/28/2025 | 186,207 | | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Mark A. Baldinger | | 70 | 06/03/2025 | 3,712 | | 88 | 06/10/2025 | 3,712 | | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 71 | 06/03/2025 | 250 | | 87 | 06/10/2025 | 250 | | |
| Leonard Erlanger | | 66 | 05/30/2025 | 6,400 | | 96 | 07/17/2025 | 6,409 | | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 73 | 06/03/2025 | 12,809 | | | | | | |
| Ronald Kolber | | 119 | 07/03/2025 | 34,510 | | 123 | 07/07/2025 | 34,510 | | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 120 | 07/03/2025 | 34,510 | | | | | | |
| | | 121 | 07/03/2025 | 34,510 | | | | | | |
| James Q. Moretti | | 122 | 07/07/2025 | 166 | | 125 | 07/07/2025 | 166 | | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| PCJ Endeavors LLC | | 133 | 07/07/2025 | 67 | | 134 | 07/07/2025 | 67 | | The Disallowed Interest is substantively duplicative of the Surviving Interest. |

[1] The Plan Administrator also seeks to disallow some of the Surviving Interests (Nos. 28, 87, 88 & 125) on separate basis of insufficient documentation. *See* Exhibit 2.