# EXHIBIT 2

### (Interests With Insufficient Documentation)

| Proof of Interest Holder Name | Proof of Interest Holder Address & Email | Proof of Interest No. | Filing Date | Number of Shares Asserted | Number of Shares Allowed | Reason(s) for Deficiency |
|---|---|---|---|---|---|---|
| Randall G. Strother | | 4 | 5/13/2025 | 166 | 0 | 2025 W-9 not provided. |
| Bryan Seifried | | 5 | 5/14/2025 | 2,800 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. The number of shares asserted does not match the Debtor's books and records. |
| Eric Albrecht | | 8 | 5/14/2025 | 942 | 0 | 2025 W-9 not provided. |
| Charles Michael Gundlach | | 9 | 5/14/2025 | 300 | 0 | 2025 W-9 not provided. |
| Deoraj Ramcherita | | 10 | 5/14/2025 | 466 | 0 | 2025 W-9 not provided. |
| Adrienne Brott | | 13 | 5/14/2025 | 600 | 0 | 2025 W-9 not provided. |
| Robert Diab | | 14 | 5/14/2025 | 18 | 0 | 2025 W-9 not provided. |

| Name | | # | Date | Shares | Allowed | Reason |
|---|---|---|---|---|---|---|
| Michael White | | 16 | 5/16/2025 | 150 | 0 | 2025 W-9 not provided. |
| Laurie Lynn Phillips | | 17 | 5/16/2025 | 50 | 0 | 2025 W-9 not provided. |
| Robert Paul Phillips & Laura Lynn Phillips | | 18 | 5/16/2025 | 22 | 0 | 2025 W-9 not provided. |
| William Dittrich | | 20 | 5/19/2025 | 36 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Nina Page | | 21 | 5/19/2025 | 5 | 0 | 2025 W-9 not provided. |
| Christopher Hambacher | | 22 | 5/19/2025 | 10 | 0 | 2025 W-9 not provided. |
| J.B. & Peggy Hicks | | 25 | 5/20/2025 | 19 | 0 | 2025 W-9 not provided. |
| Louis H. Fourie | | 28 | 5/21/2025 | 10,000 | 6,666 | The number of shares asserted does not match the Debtor's books and records. Interest holder agreed to the allowance of 6,666 shares. |
| Wendy Chi | | 31 | 5/21/2025 | 135 | 0 | 2025 W-9 not provided. |

| | | | | | |
|---|---|---|---|---|---|
| Julie Zhang | 39 | 5/23/2025 | 5,152 | 0 | 2025 W-9 not provided. |
| Margaret Beechler & Uri Elias JTWROS | 40 | 5/23/2025 | 90 | 0 | 2025 W-9 not provided. |
| Dan Ritacca | 45 | 5/27/2025 | 140,894 | 0 | 2025 W-9 not provided. |
| Stan Spackeen | 46 | 5/27/2025 | 236 | 0 | 2025 W-9 not provided. |
| Gino Ferretti | 47 | 5/27/2025 | 563 | 0 | 2025 W-9 not provided. |
| Donna Harris | 50 | 5/27/2025 | 3,742 | 0 | 2025 W-9 not provided. |
| Michael P. Walsh | 51 | 5/27/2025 | 275 | 0 | 2025 W-9 not provided. |
| Paresh M Shah | 53 | 5/27/2025 | 34 | 0 | 2025 W-9 not provided. |
| Steven Craig Miller | 54 | 5/27/2025 | 666 | 0 | 2025 W-9 not provided. |

| Name | | No. | Date | Shares | | Reason |
|---|---|---|---|---|---|---|
| Paul M Gibbs | | 55 | 5/27/2025 | 1,000 | 0 | 2025 W-9 not provided. |
| Choll K Jun and Young A Jun, TTEE Jun Family Trust | | 56 | 5/28/2025 | 272 | 0 | 2025 W-9 not provided. |
| Robert Koziol | | 58 | 5/28/2025 | 3,061 | 0 | 2025 W-9 not provided. |
| Chamberlain Lau | | 65 | 5/30/2025 | 708 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Richard Skwira Jr | | 80 | 6/9/2025 | 2,000 | 0 | 2025 W-9 not provided. Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement only shows the shares were acquired as of 02/28/17, but does not show the holder still owns such shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. |
| Mark A. Baldinger | | 87 | 6/10/2025 | 250 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Mark A. Baldinger | | 88 | 6/10/2025 | 3,712 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |

| Name | | No. | Date | Shares | Amount | Reason |
|---|---|---|---|---|---|---|
| Samir Shah | | 89 | 6/11/2025 | 166 | 0 | 2025 W-9 not provided. |
| Jason Haelewyn | | 93 | 6/13/2025 | 3,333 | 0 | 2025 W-9 not provided. |
| Liping Zhang | | 94 | 6/16/2025 | 1 | 0 | 2025 W-9 not provided. |
| Rita E Cura | | 109 | 6/27/2025 | 333 | 0 | 2025 W-9 not provided. |
| Benjamin Fleck | | 111 | 6/30/2025 | 1,000 | 0 | 2025 W-9 not provided. Documentation showing ownership of shares as of the Record Date insufficient because (i) the submitted statement shows current holding of only 1 share (as opposed to the asserted 1,000 shares); and (ii) the asserted number of shares is inconsistent with the Debtors' books and records which reflect ownership of 1 share as of the Record Date. |
| Qin Hua Liu | | 112 | 6/30/2025 | 933 | 0 | 2025 W-9 not provided. |
| James Q Moretti | | 125 | 7/7/2025 | 166 | 0 | 2025 W-9 not provided. |

| Name | | No. | Date | Shares | Votes | Comment |
|---|---|---|---|---|---|---|
| Alex K Leung Roth IRA | | 128 | 7/7/2025 | 4,480 | 1 | Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement does not show the holder still owns the asserted shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. No documentation showing current ownership of shares submitted. |
| Paul & Arlynn Feldman | | 129 | 7/7/2025 | 366 | 0 | 2025 W-9 not provided. Insufficient documentation showing ownership of shares as of the Record Date. |
| John E Camps | | 130 | 7/7/2025 | 33 | 0 | 2025 W-9 not provided. |
| Joseph Robb | | 136 | 7/7/2025 | 5,000 | 0 | 2025 W-9 not provided. |
| Jennie Robb | | 137 | 7/7/2025 | 5,000 | 0 | 2025 W-9 not provided. |
| Carolyn Foss | | 138 | 7/7/2025 | 500 | 0 | 2025 W-9 not provided. |
| Margaret Cliary | | 146 | 8/4/2025 | 15 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |