# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | Case No. 19-10603 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD**<br>**Response Deadline: 10/14/2025 at 4:00 p.m. (ET)** |

## NOTICE OF PLAN ADMINISTRATOR'S SUPPLEMENTAL OMNIBUS OBJECTION TO PROOFS OF INTEREST

**TO ALL PARTIES RECEIVING THIS OBJECTION:**

YOU SHOULD REVIEW THE PROPOSED ORDER, INCLUDING EXHIBITS THERETO, TO LOCATE YOUR NAME AND INTEREST(S) AND DETERMINE IF YOUR INTEREST(S) ARE SUBJECT TO THIS OBJECTION. IF YOUR INTEREST(S) ARE LISTED IN THE PROPOSED ORDER AND/OR ARE ON THE EXHIBIT ATTACHED TO THE PROPOSED ORDER, YOU MAY HAVE SUBSTANTIVE RIGHTS AFFECTED BY THIS OBJECTION.

YOUR SUBSTANTIVE RIGHTS MAY ALSO BE AFFECTED BY FURTHER OBJECTIONS THAT MAY BE FILED IN THESE CHAPTER 11 CASES.

THE RELIEF SOUGHT IN THIS OBJECTION IS WITHOUT PREJUDICE TO THE RIGHTS OF THE PLAN ADMINISTRATOR OR ANY OTHER PARTY IN INTEREST TO PURSUE FURTHER OBJECTIONS AGAINST THE INTEREST(S) SUBJECT TO THIS OBJECTION, AND NOTHING HEREIN OR THE PROPOSED ORDER IS INTENDED OR SHALL BE DEEMED TO BE AN ALLOWANCE OF ANY SUCH CLAIMS.

**PLEASE TAKE NOTICE** that, on September 23, 2025, J. David Hansen, in his capacity as Plan Administrator for the post-effective date bankruptcy estates of the above-captioned debtors, filed the *Plan Administrator's Omnibus (Non-Substantive) Objections to Proofs of Interest* (the "<u>Objection</u>") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection are required to be filed on or before **October 14, 2025 at 4:00 p.m. (ET)** (the "Response Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed and served in accordance with the aforementioned procedures and such objection is not otherwise resolved, a hearing (the "Hearing") to consider the Motion will be held on a date and time to be determined before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 6th Floor, Courtroom #2, Wilmington, DE, 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION, DOCUMENTS SUFFICIENT TO CURE THE STATED OBJECTION, OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:   September 23, 2025
         Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
Chan (Cora) Dong (DE 7393)
824 N. Market Street, Suite 810
Wilmington, DE  19801
Tel: 302-777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com
       dong@teamrosner.com

*Counsel to the Plan Administrator*