**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 19-10603 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 703 & 705** |

## CERTIFCATE OF SERVICE

I, Zhao Liu, hereby certify that on September 23, 2025, I caused a copy of the (i) *Plan Administrator's Supplemental Omnibus Objection to Proofs of Interest* [D.I. 703; filed on 9/23/2025] and (ii) *Notice of Plan Administrator's Supplemental Omnibus Objection to Proofs of Interest* [D.I. 705; filed 9/23/2025] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's electronic system, via first class mail and electronic email upon the parties listed on **Exhibit 1** attached hereto.

Dated: September 23, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
    liu@teamrosner.com

*Counsel to the Plan Administrator*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AR 72031 c/o David Hansen.