# Exhibit 1

Lawrence Chiarello

Mark Smith

Ingming Jeng

Margaret Chiang

Dongil Kim

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov