# EXHIBIT 1

**(Deficient Proofs of Interest)**

| Interest Holder Name | Interest Holder Address | Proof of Interest No. | Filing Date | Number of Shares Asserted | Reason(s) for Deficiency |
|---|---|---|---|---|---|
| Lawrence Chiarello | | 139 | 7/10/2025 | 12 | 2025 W-9 not provided. |
| Ingming Jeng | | 141 | 7/15/2025 | 15 | These four (4) proof of interests are substantively duplicative of Proof of Interest No. 145 |
| | | 142 | 7/15/2025 | 547 | |
| | | 143 | 7/15/2025 | 551 | |
| | | 144 | 7/15/2025 | 5115 | |
| Ingming Jeng | | 145 | 7/15/2025 | 13252/5115 | 2025 W-9 not provided. Documentation showing ownership of shares as of the Record Date is insufficient. The proof of form asserts a total number of "13252/5115" shares, however, the letter filed in connection of the POI asserts ownership of five (5) different accounts aggregating 10,645 shares. |