# AFFIDAVIT

**STATE OF NEW JERSEY** )
                                                 ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 05/08/2025

ADVERTISER: MABVAX THERAPEUTICS HOLDINGS, INC

and that the foregoing statements are true and correct to the best of my knowledge.

_____ *Wayne Sidor*

Sworn to
before me this
8th day of
May 2025

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
07/18/2028
STATE OF NEW JERSEY

# BUSINESS & FINANCE

## Hackers Said to Re-Emerge

*Continued from page B1*

and then move about within corporate networks. Then, they find ways to steal data or lock up workstations with special software, grinding corporate operations to a halt and demanding millions of dollars in extortion payments, according to security researchers.

They have also been known to take unusual steps once they have broken in. This includes posting offensive phrases and eggplant emojis in group discussions or even logging into incident-response meetings relating to their own hacks. They have made unusual demands related to business operations and even called family members of executives at companies they have hacked, researchers say.

In November, U.S. authorities announced the arrest of five hackers, whom researchers have linked to the Scattered Spider gang, saying they had been operating since at least 2022 and targeted at least 45 companies in the U.S., the U.K., Canada and India.

After those arrests, the group seemed to go silent, according to Google and other firms that investigate cyber intrusions.

Scattered Spider is proving more resilient than some investigators had imagined, Hultquist said. "Obviously what we're doing isn't working," he said. "It's gone on for far too long." Last week, Google sent out a note advising customers on how to protect themselves from Scattered Spider, according to a copy viewed by The Wall Street Journal.

On Sunday, the National Cyber Security Centre, part of the U.K.'s intelligence agency, said it was working with affected retailers and issued new guidance on how companies can protect themselves from attacks. The NCSC said it was trying to understand "if these attacks are linked, if this is a concerted campaign by a single actor or whether there is no link between them at all."

A Harrods spokeswoman said on Monday that the company hadn't heard from the hackers in its cyber incident. Co-op said hackers stole a significant amount of data from the company, including customer names and contact information. As of Monday, Marks & Spencer has paused processing of online orders for 10 days because of a cyberattack, the company said.



A sign at MGM Resorts' Luxor in Las Vegas after a 2023 hack targeting the casino operator. *MADELINE CARTER/LAS VEGAS REVIEW-JOURNAL/AP*

## Zuckerberg Foresees AI Friends

*Continued from page B1*

everyone will have an AI."

When someone is making a purchase and needs to speak to a person from that business, an AI agent will be there to help them, Zuckerberg said Tuesday.

The Tuesday talk capped a media blitz that included high-profile podcasts and public talks with fellow tech executives including Collison, Microsoft CEO Satya Nadella and Databricks CEO Ali Ghodsi. While the Meta CEO has been a guest on podcasts before, the number and quick succession of appearances was rare.

Zuckerberg has had mixed success predicting how people will interact with each other in the future. He struck gold with Facebook in the 2000s and made lucrative acquisitions with Instagram and WhatsApp a few years later. More than a decade later, in 2022, he declared that vast numbers of people in the future would interact in virtual worlds and with augmented reality. That bet has yet to come to fruition.

The Meta CEO is now throwing resources at AI chatbots—both in its social-media apps and in its hardware devices. Meta AI, as it is called, is accessible via Instagram and Facebook, as a standalone app and on Meta's Ray-Ban smart glasses. Zuckerberg said Tuesday that nearly a billion people are using the feature monthly.

Zuckerberg said personalized AI isn't just about knowing basic information about a user, it is about ensuring chatbots behave as a good friend might.

"You have a deep understanding of what's going on in this person's life," he said on Thompson's podcast.

Some people, however, aren't buying into Zuckerberg's vision.

"The very platforms that have led to our social isolation and being chronically online are now posing a solution to the loneliness epidemic," said Meghana Dhar, a former Instagram executive who thinks AI friends will only make such problems worse. "It almost seems like the arsonist coming back and being the fireman."

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

[Legal notices including: Notice of Sale (In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, Prospect Medical Holdings, Inc., Case No. 25-80002); Bankruptcy notices for Mabvax Therapeutics Holdings, Inc. (Case No. 19-10603 (LSS), District of Delaware); Tommy's Fort Worth, LLC (Case No. 24-90000 (ELM), Northern District of Texas, Fort Worth Division); DocuData Solutions, L.C. (Case No. 25-90023 (CML), Southern District of Texas, Houston Division); Class Action legal notice for Viacom Archegos Securities Litigation (Supreme Court of the State of New York, Index No. 654959/2021); Aviation ad for Experienced B737/Bombardier Pilot; Business Opportunities ad for 2 Minute Pizza.]

THE WALL STREET JOURNAL
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2025 Dow Jones & Company, Inc. All Rights Reserved.