IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) Case No. 19-10603 (LSS) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) Re: D.I. 702, 716 |

**NOTICE OF ENTRY OF ORDERS SUSTAINING OMNIBUS (NON-SUBSTANTIVE) OBJECTION AND SUPPLEMENTAL OMNIBUS OBJECTION TO PROOFS OF INTEREST**

    **PLEASE TAKE NOTICE** that, on August 5, 2025, J. David Hansen, as plan administrator (the "Plan Administrator") of the Post-Effective Date estates of the above-captioned debtors (together, the "Debtors"), by and through his undersigned counsel, filed the *Plan Administrator's Omnibus (Non-Substantive) Objections to Proofs of Interest* [D.I. 676] (the "Initial Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that, on September 23, 2025, Plan Administrator, by and through his undersigned counsel, filed the *Plan Administrator's Supplemental Omnibus Objection to Proofs of Interest* [D.I. 703] (the "Supplemental Objection") with the Court.

    **PLEASE TAKE FURTHER NOTICE** that the hearings to consider the Initial Objection and Supplemental Objection were held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #2, 824 North Market Street, Wilmington, Delaware 19801, on September 4, 2025, at 11:00 a.m. (E.T.) (prevailing Eastern Time) and October 23, 2025, at 10:00 a.m. (E.T.) (prevailing Eastern Time) respectively.

    **PLEASE TAKE FURTHER NOTICE** that on September 22, 2025, the Court entered its *Order Sustaining Omnibus (Non-Substantive) Objection To Proofs Of Interest* [Docket No.702] (the "Initial Sustaining Order"), a copy of which is enclosed herein.

    **PLEASE TAKE FURTHER NOTICE** that on October 23, 2025, the Court entered its *Order Sustaining Supplemental Omnibus Objection to Proofs of Interest* [Docket No.716] (the "Supplemental Sustaining Order", together with the Initial Sustaining Order, the "Orders"), a copy of which is enclosed herein.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AR 72031 c/o David Hansen.

1

4934-7494-1304, v. 1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Orders, each proof of interest listed on the exhibits to the Orders is hereby disallowed against the Debtors' estates and is not entitled to receive distributions from the Debtors' estates.

Dated: November 7, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE # 3995)
Zhao (Ruby) Liu (DE# 6436)
Chan (Cora) Dong (DE# 7393)

824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com
       dong@teamrosner.com

*Counsel to the Plan Administrator*