**Exhibit A**
**Initial Sustaining Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10603 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 676** |
|---|---|

**ORDER SUSTAINING OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO PROOFS OF INTEREST**

This matter having come before the Court on the Plan Administrator's Omnibus (Non-Substantive) Objection to Proofs of Interests [D.I. 676] (the "Objection"); and the Court having reviewed the Objection and any responses thereto; and the Court having considered the Declaration of the Plan Administrator in Support of the Objection; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) notice of the Objection and the hearing thereon was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in the Objection is **GRANTED**.

2. Each proof of interests listed on **Exhibit 1** and **Exhibit 2** hereto is hereby disallowed and expunged in its entirety.

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

3. This Order is without prejudice to the right of the Plan Administrator to further object to the Deficient POIs[2] on any basis whatsoever.

4. The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

[2] Undefined capitalized words shall have the meaning ascribed to them in the Objection.

**Dated: September 22nd, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT 1

**(Duplicate Interests)**

| Interest Holder Name | Interest Holder Address | Disallowed Interest(s) | | | Surviving Interest[1] | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | Proof of Interest No. | Filing Date | Number of Shares Asserted | Proof of Interest No. | Filing Date | Number of Shares Asserted | |
| Louis H. Fourie | [redacted] | 27 | 05/21/2025 | 10,000 | 28 | 05/21/2025 | 10,000 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Karl Schwartz | [redacted] | 32 | 05/22/2025 | 400 | 6 | 05/14/2025 | 400 | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 81 | 06/09/2025 | 400 | | | | |
| John David Hansen | [redacted] | 60 | 05/28/2025 | 186,207 | 61 | 05/28/2025 | 186,207 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| Mark A. Baldinger | [redacted] | 70 | 06/03/2025 | 3,712 | 88 | 06/10/2025 | 3,712 | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 71 | 06/03/2025 | 250 | 87 | 06/10/2025 | 250 | |
| Leonard Erlanger | [redacted] | 66 | 05/30/2025 | 6,400 | 96 | 07/17/2025 | 6,409 | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 73 | 06/03/2025 | 12,809 | | | | |
| Ronald Kolber | [redacted] | 119 | 07/03/2025 | 34,510 | 123 | 07/07/2025 | 34,510 | The Disallowed Interests are substantively duplicative of the Surviving Interest. |
| | | 120 | 07/03/2025 | 34,510 | | | | |
| | | 121 | 07/03/2025 | 34,510 | | | | |
| James Q. Moretti | [redacted] | 122 | 07/07/2025 | 166 | 125 | 07/07/2025 | 166 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |
| PCJ Endeavors LLC | [redacted] | 133 | 07/07/2025 | 67 | 134 | 07/07/2025 | 67 | The Disallowed Interest is substantively duplicative of the Surviving Interest. |

[1] The Plan Administrator also seeks to disallow some of the Surviving Interests (Nos. 28, 87, 88 & 125) on separate basis of insufficient documentation. *See* Exhibit 2.

# EXHIBIT 2

**(Interests With Insufficient Documentation)**

| Proof of Interest Holder Name | Proof of Interest Holder Address & Email | Proof of Interest No. | Filing Date | Number of Shares Asserted | Number of Shares Allowed | Reason(s) for Deficiency |
|---|---|---|---|---|---|---|
| Randall G. Strother | | 4 | 5/13/2025 | 166 | 0 | 2025 W-9 not provided. |
| Bryan Seifried | | 5 | 5/14/2025 | 2,800 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. The number of shares asserted does not match the Debtor's books and records. |
| Eric Albrecht | | 8 | 5/14/2025 | 942 | 0 | 2025 W-9 not provided. |
| Charles Michael Gundlach | | 9 | 5/14/2025 | 300 | 0 | 2025 W-9 not provided. |
| Deoraj Ramcherita | | 10 | 5/14/2025 | 466 | 0 | 2025 W-9 not provided. |
| Adrienne Brott | | 13 | 5/14/2025 | 600 | 0 | 2025 W-9 not provided. |
| Robert Diab | | 14 | 5/14/2025 | 18 | 0 | 2025 W-9 not provided. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael White | [redacted] | 16 | 5/16/2025 | 150 | 0 | 2025 W-9 not provided. |
| Laurie Lynn Phillips | [redacted] | 17 | 5/16/2025 | 50 | 0 | 2025 W-9 not provided. |
| Robert Paul Phillips & Laura Lynn Phillips | [redacted] | 18 | 5/16/2025 | 22 | 0 | 2025 W-9 not provided. |
| William Dittrich | [redacted] | 20 | 5/19/2025 | 36 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Nina Page | [redacted] | 21 | 5/19/2025 | 5 | 0 | 2025 W-9 not provided. |
| Christopher Hambacher | [redacted] | 22 | 5/19/2025 | 10 | 0 | 2025 W-9 not provided. |
| J.B. & Peggy Hicks | [redacted] | 25 | 5/20/2025 | 19 | 0 | 2025 W-9 not provided. |
| Louis H. Fourie | [redacted] | 28 | 5/21/2025 | 10,000 | 6,666 | The number of shares asserted does not match the Debtor's books and records. Interest holder agreed to the allowance of 6,666 shares. |
| Wendy Chi | [redacted] | 31 | 5/21/2025 | 135 | 0 | 2025 W-9 not provided. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Julie Zhang | | 39 | 5/23/2025 | 5,152 | 0 | 2025 W-9 not provided. |
| Margaret Beechler & Uri Elias JTWROS | | 40 | 5/23/2025 | 90 | 0 | 2025 W-9 not provided. |
| Dan Ritacca | | 45 | 5/27/2025 | 140,894 | 0 | 2025 W-9 not provided. |
| Stan Spackeen | | 46 | 5/27/2025 | 236 | 0 | 2025 W-9 not provided. |
| Gino Ferretti | | 47 | 5/27/2025 | 563 | 0 | 2025 W-9 not provided. |
| Donna Harris | | 50 | 5/27/2025 | 3,742 | 0 | 2025 W-9 not provided. |
| Michael P. Walsh | | 51 | 5/27/2025 | 275 | 0 | 2025 W-9 not provided. |
| Paresh M Shah | | 53 | 5/27/2025 | 34 | 0 | 2025 W-9 not provided. |
| Steven Craig Miller | | 54 | 5/27/2025 | 666 | 0 | 2025 W-9 not provided. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Paul M Gibbs | | 55 | 5/27/2025 | 1,000 | 0 | 2025 W-9 not provided. |
| Choll K Jun and Young A Jun, TTEE Jun Family Trust | | 56 | 5/28/2025 | 272 | 0 | 2025 W-9 not provided. |
| Robert Koziol | | 58 | 5/28/2025 | 3,061 | 0 | 2025 W-9 not provided. |
| Chamberlain Lau | | 65 | 5/30/2025 | 708 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Richard Skwira Jr | | 80 | 6/9/2025 | 2,000 | 0 | 2025 W-9 not provided. Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement only shows the shares were acquired as of 02/28/17, but does not show the holder still owns such shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. |
| Mark A. Baldinger | | 87 | 6/10/2025 | 250 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |
| Mark A. Baldinger | | 88 | 6/10/2025 | 3,712 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Samir Shah | | 89 | 6/11/2025 | 166 | 0 | 2025 W-9 not provided. |
| Jason Haelewyn | | 93 | 6/13/2025 | 3,333 | 0 | 2025 W-9 not provided. |
| Liping Zhang | | 94 | 6/16/2025 | 1 | 0 | 2025 W-9 not provided. |
| Rita E Cura | | 109 | 6/27/2025 | 333 | 0 | 2025 W-9 not provided. |
| Benjamin Fleck | | 111 | 6/30/2025 | 1,000 | 0 | 2025 W-9 not provided. Documentation showing ownership of shares as of the Record Date insufficient because (i) the submitted statement shows current holding of only 1 share (as opposed to the asserted 1,000 shares); and (ii) the asserted number of shares is inconsistent with the Debtors' books and records which reflect ownership of 1 share as of the Record Date. |
| Qin Hua Liu | | 112 | 6/30/2025 | 933 | 0 | 2025 W-9 not provided. |
| James Q Moretti | | 125 | 7/7/2025 | 166 | 0 | 2025 W-9 not provided. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Alex K Leung Roth IRA | [redacted] | 128 | 7/7/2025 | 4,480 | 1 | Documentation showing ownership of shares as of Record Date insufficient because (i) the submitted statement does not show the holder still owns the asserted shares as of the Record Date; and (ii) the number of shares asserted does not match the Debtor's books and records. No documentation showing current ownership of shares submitted. |
| Paul & Arlynn Feldman | [redacted] | 129 | 7/7/2025 | 366 | 0 | 2025 W-9 not provided. Insufficient documentation showing ownership of shares as of the Record Date. |
| John E Camps | [redacted] | 130 | 7/7/2025 | 33 | 0 | 2025 W-9 not provided. |
| Joseph Robb | [redacted] | 136 | 7/7/2025 | 5,000 | 0 | 2025 W-9 not provided. |
| Jennie Robb | [redacted] | 137 | 7/7/2025 | 5,000 | 0 | 2025 W-9 not provided. |
| Carolyn Foss | [redacted] | 138 | 7/7/2025 | 500 | 0 | 2025 W-9 not provided. |
| Margaret Cliary | [redacted] | 146 | 8/4/2025 | 15 | 0 | 2025 W-9 not provided. No documentation showing ownership of shares as of the Record Date. |