**Exhibit B**
**Supplemental Sustaining Order**

4934-7494-1304, v. 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10603 (LSS)<br><br>Jointly Administered<br><br>Re: D.I. 703 & 711 |

**ORDER SUSTAINING SUPPLEMENTAL OMNIBUS
OBJECTION TO PROOFS OF INTEREST**

This matter having come before the Court on the *Plan Administrator's Supplemental Omnibus Objection to Proofs of Interests* [D.I.703] (the "Objection"); and the Court having reviewed the Objection and any responses thereto; and the Court having considered the Declaration of the Plan Administrator in Support of the Objection; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) notice of the Objection and the hearing thereon was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in the Objection is **GRANTED**.

2. Each proof of interest listed on **Exhibit 1** hereto is hereby disallowed against the Debtors' estates and is not entitled to receive distributions from the Debtors' estates.

3. This Order is without prejudice to the right of the Plan Administrator to further object to the Deficient POIs on any basis whatsoever.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

4.  The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

5.  This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: October 23rd, 2025  
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN  
UNITED STATES BANKRUPTCY JUDGE

2

4919-1890-0339, v. 2

# **EXHIBIT 1**

**(Deficient Proofs of Interest)**

| Interest Holder Name | Interest Holder Address | Proof of Interest No. | Filing Date | Number of Shares Asserted | Reason(s) for Deficiency |
|---|---|---|---|---|---|
| Lawrence Chiarello | ■ | 139 | 7/10/2025 | 12 | 2025 W-9 not provided. |
| Ingming Jeng | ■ | 141 | 7/15/2025 | 15 | These four (4) proof of interests are substantively duplicative of Proof of Interest No. 145 |
|  |  | 142 | 7/15/2025 | 547 |  |
|  |  | 143 | 7/15/2025 | 551 |  |
|  |  | 144 | 7/15/2025 | 5115 |  |
| Ingming Jeng | ■ | 145 | 7/15/2025 | 13252/5115 | 2025 W-9 not provided. Documentation showing ownership of shares as of the Record Date is insufficient.  The proof of form asserts a total number of "13252/5115" shares, however, the letter filed in connection of the POI asserts ownership of five (5) different accounts aggregating 10,645 shares. |