# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-10603 (LSS) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) ) | |
| | ) | **Re: D.I. 718** |
| | ) ) ) | |

## CERTIFCATE OF SERVICE

I, Frederick B. Rosner , hereby certify that on November 7, 2025, I caused a copy of the *Notice of Entry of Orders Sustaining Omnibus (Non-substantive) Objection and Supplemental Omnibus Objection to Proofs of Interest* [D.I. 718; filed on 11/7/2025] to be served via electronic email to the parties listed on **Exhibit A**, and via first class mail to the parties listed on **Exhibit B** .

Dated: November 7, 2025
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com

*Counsel to the Plan Administrator*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AR 72031 c/o David Hansen.

4938-8058-9912, v. 4