**Exhibit A**

Louis H. Fourie ████████████

Randall G. Strother ████████████

Karl Schwartz ████████████

Bryan Seifried ████████████

John David Hansen ████████████

Eric Albrecht ████████████

Mark A. Baldinger ████████████

Charles Michael Gundlach ████████████

Leonard Erlanger ████████████

Deoraj Ramcherita ████████████

Ronald Kolber ████████████

Adrienne Brott ████████████

Margaret Cliary ████████████

Robert Diab ████████████

PCJ Endeavors LLC ████████████

Michael White ████████████

Carolyn Foss ████████████

Laurie Lynn Phillips ████████████



Robert Paul Phillips & Laura Lynn Phillips

Alex K Leung Roth IRA

Nina Page

John E Camps

Christopher Hambacher

Joseph Robb

J.B. & Peggy Hicks

Carolyn Foss

Choll K Jun and Young A Jun, TTEE Jun Family Trust

John E Camps

Julie Zhang

Joseph Robb

Margaret Beechler & Uri Elias JTWROS

Jennie Robb

Robert Koziol

Benjamin Fleck

Stan Spackeen

Qin Hua Liu

Gino Ferretti

Richard Skwira Jr

Donna Harris

Samir Shah

Michael P. Walsh

Jason Haelewyn

Paresh M Shah

Liping Zhang



Steven Craig
Miller

Rita E Cura

Paul M Gibbs

Chamberlain Lau