**Exhibit B**

James Q Moretti ███████   Wendy Chi ███████

Dan Ritacca ███████