# **EXHIBIT A**

**(Proposed Final Decree)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC.,[1] | Case No. 19-10603 |
| Debtor. | |
| In re: | Chapter 11 |
| MABVAX THERAPEUTICS, INC.,[2] | Case No. 19-10604 |
| Debtor. | **Re: D.I. __** |

**ORDER AND FINAL DECREE (I) AUTHORIZING AND APPROVING FINAL DISTRIBUTIONS TO HOLDERS OF ALLOWED PROOFS OF INTEREST; (II) AUTHORIZING ABANDONMENT AND DESTRUCTION OF DEBTORS' REMAINING BOOKS AND RECORDS; (III) TERMINATING NOTICING SERVICES; (IV) APPROVING THE DISCHARGE OF PLAN ADMINISTRATOR AND COUNSEL; (V) CLOSING THE CHAPTER 11 CASES; (VI) APPROVING FORM AND MANNER OF NOTICE OF FINAL DISTRIBUTION MOTION AND (VII) GRANTING RELATED RELIEF**

Upon the *Motion of Plan Administrator for Entry of an Order: (I) Authorizing and Approving Final Distributions to Holders of Allowed Proofs of Interest; (II) Authorizing Abandonment and Destruction of Debtors' Remaining Books and Records; (III) Terminating Noticing Services; (IV) Approving the Discharge of Plan Administrator and Counsel; (V) Closing the Chapter 11 Cases and entering a Final Decree; (VI) Approving Form and Manner of Notice of This Motion and (VII) Granting Related Relief* (the "**Final Distribution Motion**")[3], pursuant to

---

[1] The last four digits of the taxpayer identification number of MabVax Therapeutics Holdings, Inc. is 7903. The Debtor's mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

[2] The last four digits of the taxpayer identification number of MabVax Therapeutics, Inc. is 1765. The Debtor's mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Final Distribution Motion and/or the Plan.

sections 105(a), 350(a), 554(a) and 1142(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rules 3021, 3022 and 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3022-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Paragraph 53 of the Confirmation Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution, and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The Plan Administrator is authorized to make the Final Distributions to holders of Allowed POIs as set forth on the Final Distribution Schedule attached hereto as **Exhibit 1**, in full and final satisfaction of Allowed POIs and all Equity Interests in the Debtors.

3. The final decree is hereby entered and the Chapter 11 Cases of MabVax Therapeutics Holdings, Inc. (19-10603) and MabVax Therapeutics, Inc. (19-10604) arehereby closed without further order of this Court.

4. Entry of this Order is without prejudice to the rights of the Plan Administrator or other parties in interest to seek to reopen the Chapter 11 Cases for cause shown pursuant to section 350(b) of the Bankruptcy Code.

5. The Plan Administrator is authorized to: (a) transfer, abandon and/or destroy all Books and Records including those listed or described on Exhibit B and (b) expend such funds as may be reasonably necessary to carry out the abandonment and / or destruction of the Books and Records in the manner that the Plan Administrator, in his judgment, deems appropriate.

6. The Plan Administrator is authorized to donate to a charitable organization (as defined in Internal Revenue Code section 501(c)(3)) any estate assets that are of no material benefit, including cash remaining in the Post-Effective Date Debtor's estates, if any.

7. Pursuant to Local Rule 2002-1(f)(ix), within thirty (30) days of entry of a final decree, Stretto shall (a) forward to the Clerk of the Court an electronic version of all imaged POIs, (b) upload the POI mailing list into CM/ECF, and (c) docket a final POI register in the lead case containing the POIs filed in all of the Chapter 11 Cases. Subject to the foregoing, the Noticing Services of Stretto are terminated and Stretto shall have no further obligations to this Court, the Plan Administrator, or any other party in interest with respect to the Noticing Services.

8. Within thirty (30) days of entry of this Order, the Plan Administrator shall (a) file with the Court and provide to the U.S. Trustee all outstanding post-confirmation reports, and (b) pay all fees due and payable pursuant to 28 U.S.C. § 1930.

9. The Plan Administrator and his counsel be, and hereby are, discharged and released from all duties, responsibilities, obligations and claims in the Chapter 11 Cases.

10. The Notice of the Final Distribution Motion, including the Final Distribution Notice, are due, sufficient and proper under the circumstances, and no further notice is necessary.

11. The Plan Administrator is authorized to take all further and necessary actions to effectuate the relief granted pursuant to this Order.

12. Notwithstanding anything to the contrary, the terms and conditions of this Order

shall be immediately effective and enforceable upon its entry.

13. This Court shall retain jurisdiction over the Plan Administrator and all matters related to, or arising from, the Motion or the enforcement or implementation of this Order.

# **EXHIBIT 1**

**Final Distribution Schedule**

# Claims Register
as of 11/17/2025

| Claim Number | Claim Date Filed | Holder Name | Eligible Shares for Distribution |
|---|---|---|---:|
| 1 | 4/15/2025 | Wolfgang Scholz | 10,715 |
| 2 | 5/12/2025 | Timothy Daniel ODonnell | 48,900 |
| 3 | 5/12/2025 | Todd W. Frederick | 298,889 |
| 6 | 5/14/2025 | Karl Schwartz | 400 |
| 7 | 5/14/2025 | Bryce Huff | 2,630 |
| 11 | 5/14/2025 | Wajeeh Bajwa | 500 |
| 12 | 5/14/2025 | Richard A Lindar | 13,288 |
| 13 | 5/14/2025 | Adrienne Brott | 600 |
| 15 | 5/14/2025 | Beau Clavijo | 11,000 |
| 19 | 5/18/2025 | Barry Fine | 421 |
| 20 | 5/19/2025 | William Dittrich | 36 |
| 23 | 5/19/2025 | Scott Nover | 13 |
| 24 | 5/20/2025 | Niklos Weber | 1 |
| 26 | 5/20/2025 | William M Pascucci | 135 |
| 28 | 5/21/2025 | Louis H. Fourie | 6,666 |
| 29 | 5/21/2025 | Dirk Neyhart | 4 |
| 30 | 5/21/2025 | Mark Wise | 4,000 |
| 33 | 5/22/2025 | Richard Cardilli | 500 |
| 34 | 5/15/2025 | Bo Young Jun Trustee FBO Jun Dental Prac Ret Pl FBO Young Jun U-A 01-01-2002 | 5,624 |
| 35 | 5/15/2025 | Bo Young Jun Trustee FBO Bo Jun Dental Practice Ret Plan U-A 01-01-2002 | 7,550 |
| 36 | 5/15/2025 | Bo Young Jun Trustee FBO Bo Jun Dental Prac Ret Pl Tr FBO U-A 12-12-2011 | 18,400 |
| 37 | 5/15/2025 | Bo Jun Dental Pr. Re. Pl. Trust | 113,928 |
| 38 | 5/15/2025 | Bo Y Jun & Joo-Won Kang Jt Ten | 1,183 |
| 41 | 5/23/2025 | Edward L Clark | 166 |
| 42 | 5/23/2025 | Paul W Maffuid for P Maffuid and J Maffuid CO-TTE | 98,801 |
| 43 | 5/24/2025 | Judith L Treadway | 66 |
| 44 | 5/27/2025 | Marty Kellogg | 5,320 |
| 48 | 5/27/2025 | Kevin D. Lappi | 9,999 |
| 49 | 5/27/2025 | Anwar Ideis and Darla S. Ideis | 7,000 |
| 52 | 5/27/2025 | Joseph Kmoch | 51,356 |
| 57 | 5/28/2025 | Paul Martin | 294 |
| 59 | 5/28/2025 | David L. Malone Jr. | 89 |
| 61 | 5/28/2025 | John David Hansen | 186,207 |
| 62 | 5/29/2025 | Richard Antonoff  Shira Antonoff  c/o RBC Acct # 316-62209 | 242,060 |
| 63 | 5/29/2025 | Jack Antonoff c/o RBC Acct #320-97024 | 69,366 |
| 64 | 5/29/2025 | Jeffery & Naomi Laster | 90,783 |

# Claims Register
as of 11/17/2025

| Claim Number | Claim Date Filed | Holder Name | Eligible Shares for Distribution |
|---|---|---|---:|
| 67 | 6/2/2025 | Timothy Christian | 15,000 |
| 68 | 6/3/2025 | Hans J Mueh & Sally F Mueh TTEES HJM and SFM Living Trust | 7,594 |
| 69 | 6/3/2025 | Rashid Ghani & Gloria A.M Rashid Ghani | 250 |
| 72 | 6/3/2025 | Gerald E Lakeman IRA Rollover TD Ameritrade Clearing Custodian | 45 |
| 74 | 6/4/2025 | Alexander Nicas | 22,678 |
| 75 | 6/4/2025 | Robert Callaway | 22 |
| 76 | 6/5/2025 | Frank Yates Jr. in care of RBC acct # 316-63675 | 68,337 |
| 77 | 6/5/2025 | Joel H. Baer | 833 |
| 78 | 6/6/2025 | Richard Horwitch, Rachel P Horwitch, Tod David S Horwitch & Mark H Horwitch | 34 |
| 79 | 6/6/2025 | Rachel P Horwitch | 45 |
| 82 | 6/9/2025 | Gregory J. Farris | 21,880 |
| 83 | 6/9/2025 | Gregory J. Farris | 279 |
| 84 | 6/9/2025 | Robert Stoppacher | 9,743 |
| 85 | 6/10/2025 | Nancy Ma | 45 |
| 86 | 6/10/2025 | George & Betty Heselton c/o RBC Wealth Management Acct #316-62770 | 9,239 |
| 90 | 6/11/2025 | Shawn Zottar | 32,645 |
| 91 | 6/12/2025 | Richard & Anne Marie Manz c/o RBC Acct # 31662686 | 16,000 |
| 92 | 6/12/2025 | Kathleen Guindon | 16 |
| 95 | 6/16/2025 | Peggy Louise Henderson IRA Rollover | 2,000 |
| 96 | 6/17/2025 | Leonard Erlanger c/o RBC Account #31663009 | 6,409 |
| 97 | 6/17/2025 | Mary M. Nuzi Ale | 20,000 |
| 98 | 6/17/2025 | William L. Krogman | 229 |
| 99 | 6/23/2025 | Larry Fujara | 333 |
| 100 | 6/23/2025 | Llewellyn H. Manson & Anna T. Mason | 245 |
| 101 | 6/23/2025 | Robert M Powers | 112 |
| 102 | 6/23/2025 | Robert M Powers | 53 |
| 103 | 6/24/2025 | Liliana Amatore IRA (Charles Schwab Custodian) | 52,546 |
| 104 | 6/24/2025 | Richard Lee Dibble | 2,666 |
| 105 | 6/25/2025 | Alexandru Barbulescu Beneficiary of Gloria Barbulescu | 16,002 |
| 106 | 6/26/2025 | Gregory P Hanson | 114,307 |
| 107 | 6/26/2025 | Jeffrey Laster IRA | 189 |
| 108 | 6/27/2025 | Stephen M. Lutz | 3,832 |
| 110 | 6/27/2025 | Kenneth P. Wurtz | 39 |
| 113 | 6/30/2025 | Michele Terry Charles Schwab and Co Custodian Roth Contributory IRA | 732 |
| 114 | 6/30/2025 | Steven Yates | 164 |
| 115 | 6/30/2025 | Karl Thomas Charles Schwab & Co Inc. Trust Roth Contributory IRA | 7,000 |

# Claims Register
as of 11/17/2025

| Claim Number | Claim Date Filed | Holder Name | Eligible Shares for Distribution |
|---|---|---|---:|
| 116 | 6/30/2025 | Philip Livingston MD | 85,432 |
| 117 | 7/1/2025 | James D Smith | 666 |
| 118 | 7/2/2025 | Anatoly Averbuch and Brindusa Averbuch, Joint Tenants | 225,000 |
| 123 | 7/7/2025 | Ronald Kolber | 34,510 |
| 124 | 7/7/2025 | Frances Moreau | 34 |
| 126 | 7/7/2025 | Stuart Garb | 11 |
| 127 | 7/7/2025 | Arab Co-Operations Financial Investments Co. | 66 |
| 131 | 7/7/2025 | Paul C Jacobs | 135 |
| 132 | 7/7/2025 | Paul C Jacobs | 143 |
| 134 | 7/7/2025 | PCJ Endeavors LLC | 67 |
| 135 | 7/7/2025 | Martin Cummins | 1,666 |
| 140 | 7/11/2025 | Mark Smith | 45 |
| 146 | 8/4/2025 | Mararet Chiang | 15 |
| 147 | 8/25/2025 | Dongil Kim | 450 |
| | | | |
| | | | **2,086,673** |