# **EXHIBIT B**

**(Schedule of Items to Be Abandoned and/or Destroyed)**

- All litigation records related to the "Bad Actor"[1] litigation

- Corporate organizational and financial documents, Board of Directors' Minutes, and patent information

- Federal and state documents, including tax records and correspondence not required to be retained by law

- All records of communication with federal regulatory authorities, including the Food and Drug Administration, that were not transferred to BioNTech or are not required to be retained by law

- All research and development, Investigational New Drug, manufacturing, clinical, and laboratory notebook files not transferred to BioNTech

- General business correspondence

- Historical vendor invoices and records of payments

- Previous unsecured creditor claims and payment records

- All records of proofs of interest and payments

- Personnel, payroll, and equity compensation records

- Insurance records, including D&O policies

- All email files related to the Debtors

- Transaction records related to the sale to BioNTech

---

[1] Capitalized terms used in this document have the same meanings as those set forth in the Motion.

4901-7099-0970, v. 1