IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10603 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date: 12/11/2025 at 10:00 a.m. (ET)**<br>**Obj. Deadline: 12/01/2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER AND FINAL DECREE: (I) AUTHORIZING AND APPROVING FINAL DISTRIBUTIONS TO HOLDERS OF ALLOWED PROOFS OF INTEREST; (II) AUTHORIZING ABANDONMENT AND DESTRUCTION OF DEBTORS' REMAINING BOOKS AND RECORDS; (III) TERMINATING NOTICING SERVICES; (IV) APPROVING THE DISCHARGE OF PLAN ADMINISTRATOR AND COUNSEL; (V) CLOSING THE CHAPTER 11 CASES; (VI) APPROVING FORM AND MANNER OF NOTICE OF THIS MOTION AND (VII) GRANTING RELATED RELIEF**

　　　　**PLEASE TAKE NOTICE** that, on November 17, 2025, J. David Hansen, in his capacity as Plan Administrator for the post-effective date bankruptcy estates of the above-captioned debtors, filed the *Motion Of Plan Administrator For Entry Of An Order And Final Decree: (I) Authorizing And Approving Final Distributions To Holders Of Allowed Proofs Of Interest; (II) Authorizing Abandonment And Destruction Of Debtors' Remaining Books And Records; (III) Terminating Noticing Services; (IV) Approving The Discharge Of Plan Administrator And Counsel; (V) Closing The Chapter 11 Cases; (VI) Approving Form And Manner Of Notice Of This Motion And (VII) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

　　　　**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **December 1, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

　　　　**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider the Motion will be held on **December 11, 2025 at 10:00 a.m. (ET)** before the Honorable Laurie Selber

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton, AR 72031 c/o David Hansen.

4901-6762-2519, v. 1

Silverstein, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 6th Floor, Courtroom #2, Wilmington, DE, 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: November 17, 2025
       Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
Chan (Cora) Dong (DE 7393)
824 N. Market Street, Suite 810
Wilmington, DE  19801
Tel: 302-777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com
       dong@teamrosner.com

*Counsel to the Plan Administrator*