# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1]<br><br>         Reorganized Debtors. | Chapter 11<br><br>Case No. 19-10603 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 721** |

## CERTIFICATE OF SERVICE

I, Zhao Liu, hereby certify that on November 17, 2025, I caused a copy of the *Motion of Plan Administrator for Entry of an Order and Final Decree: (I) Authorizing and Approving Final Distributions to Holders of Allowed Proofs of Interest; (II) Authorizing Abandonment and Destruction of Debtors' Remaining Books and Records; (III) Terminating Noticing Services; (IV) Approving the Discharge of Plan Administrator and Counsel; (V) Closing the Chapter 11 Cases; (VI) Approving Form and Manner of Notice of This Motion and (VII) Granting Related Relief* [D.I. 721; filed on 11/17/2025] to be served via first class mail to the parties listed on **Exhibit A** .

Dated: November 18, 2025
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com

*Counsel to the Plan Administrator*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is P.O. Box 1519, Clinton AR 72031 c/o David Hansen.