# Exhibit A

| | | |
|---|---|---|
| Wolfgang Scholz | Timothy Daniel ODonnell | Todd W. Frederick |
| Karl Schwartz | Bryce Huff | Wajeeh Bajwa |
| Richard A Lindar | Adrienne Brott* | Beau Clavijo |
| Barry Fine | William Dittrich | Scott Nover |
| Niklos Weber | William M Pascucci | Louis H. Fourie |
| Dirk Neyhart | Mark Wise | Richard Cardilli |
| Bo Young Jun Trustee FBO Jun Dental Prac Ret Pl FBO Young Jun U-A 01-01-2002 | Bo Young Jun Trustee FBO Bo Jun Dental Practice Ret Plan U-A 01-01-2002 | Bo Young Jun Trustee FBO Bo Jun Dental Prac Ret Pl Tr FBO U-A 12-12-2011 |
| Bo Jun Dental Pr. Re. Pl. Trust | Bo Y Jun & Joo-Won Kang Jt Ten | Edward L Clark |
| Paul W Maffuid for P Maffuid and J Maffuid CO-TTE | Judith L Treadway | Marty Kellogg |
| Kevin D. Lappi | Anwar Ideis and Darla S. Ideis | Joseph Kmoch |



| | | |
|---|---|---|
| Paul Martin | David L. Malone Jr. | John David Hansen |
| Richard Antonoff  Shira Antonoff c/o RBC Acct # 316-62209 | Jack Antonoff c/o RBC Acct #320-97024 | Jeffery & Naomi Laster |
| Timothy Christian | Hans J Mueh & Sally F Mueh TTEES HJM and SFM Living Trust | Rashid Ghani & Gloria A.M Rashid Ghani |
| Gerald E Lakeman IRA Rollover TD Ameritrade Clearing Custodian | Alexander Nicas | Robert Callaway |
| Frank Yates Jr. in care of RBC acct # 316-63675 | Joel H. Baer | Richard Horwitch, Rachel P Horwitch, Tod David S Horwitch & Mark H Horwitch |
| Rachel P Horwitch | Gregory J. Farris | Gregory J. Farris |
| Robert Stoppacher | Nancy Ma | George & Betty Heselton c/o RBC Wealth Management Acct #316-62770 |
| Shawn Zottar | Richard & Anne Marie Manz c/o RBC Acct # 31662686 | Kathleen Guindon |
| Peggy Louise Henderson IRA Rollover | Leonard Erlanger c/o RBC Account #31663009 | Mary M. Nuzi Ale |
| William L. Krogman | Larry Fujara | Llewellyn H. Manson & Anna T. Mason |



4916-5809-0361, v. 1

